# Exhibit C

Try Prime All

Departments Browsing History Keith's Amazon.com Today's Deals Hello, Keith Your Account Try Prime Lists 0 Cart

# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

Submit additional allegations

## Submitted Allegation of Infringement

- B019NBVJII: VRBOX 2nd Virtual Reality Headset 3D Video Movie Game Glasses +Remote Controller For 3.5"-6" IOS Android Smartphones iPhone 6/6plus 5/5S Samsung Galaxy S6/Edge
- B016NWASHS: Findbest Enhanced Version VR Virtual Reality Headset 3D Video Movie Game Glasses For 4.7~6 inch IOS Android Smartphones iPhone 6 plus Samsung Galaxy S6 Edge+, Adjustable Focal Distance Pupil Distance
- B01EE4TV7K: ddLUCK VR BOX V2 with Remote Controller 3D Headset Glasses VR Virtual Reality 3D Video Glasses
- B01I126X3G: INIEIWO Google Cardboard 2nd Gen VR BOX Virtual Reality 3D Glasses Bluetooth Control For 3.5"- 6" Android & IOS Smart Phones
- B0116WRHAQ: Gloriest VR BOX Version 3D VR Virtual Reality Glasses Rift 3D Movies and 3d Games for 4.7" - 6.0" Smart Phone,Samsung Galaxy S3 S4, Note 3 Note 4,LG,Better than Google Cardboard, Adjustable Strap & Add Free NFC Tag
- B00CK8LDAG: VR Box BTQ007 Virtual Reality 3D Eyewear
- B0190KKJVA: Tizzy-BAC VR Box 2nd Gen Virtual Augmented Reality Cardboard 3D Video Glasses
- B00CK7VERE: VR Box VR-007 Virtual Reality 3D Eyewear
- B01CY0D0N2: Shengsite VR BOX 3D VR Virtual Reality 3D Video Glasses Helmet Headset Adjust Cardboard For 4.7 to 6 Inch Smartphones iPhone 6 plus 6 5s 5 Samsung Galaxy IOS Android Cellphones with white remote
- B00CK6DUQS: VR Box VRBOX1AA Virtual Reality 3D Eyewear
- B01E3XPUNQ: VR Virtual Reality 3D Glasses Headset Box for Apple iphone 6 6s plus samsung Galaxy S6/S7/NOTE4/NOTE5/LG G4/Nexus 6/6P
- B01C5GIETK: Qiufeng® 3D VR Glasses Phone VR Box VR Headset Virtual Reality Glasses 3D Movies for iPhone 6s/6 plus/6/5s/5c/5 Samsung Galaxy s5/s6/note4/note5 and Other 3.5-6.0" Smartphones
- B01IT8UMW0: 3D VR Virtual Reality Headset 3D Glasses VR BOX for iPhone6/SamsungGalaxy/ ios Android smartphone
- B018VNL0XI: SainSonic VR Box V2 3D Video Movie Game Virtual Reality Headset Glasses Googles + Bluetooth Remote Control for Android iOS Cell Phone 4.7"-6.0"
- B019ML42FG: Linkcool VR01 3D VR Virtual Reality Headset 3D Glasses for 4.7"-6.0" Smart Phone

## Contact Details

**Primary Contact Details** (Used by Amazon)
Keith Fraser
The Fraser Firm, P.C.
420 North Camden Drive
Beverly Hills California 90210
United States
213-864-1395
keith@fraserfirm.com

**Secondary Contact Details** (Used by Third Party Sellers)
Keith Fraser
keith@fraserfirm.com

Back to top

Get to Know Us Make Money with Us Amazon Payment Products Let Us Help You

Careers
About Amazon
Investor Relations
Amazon Devices

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon.com

Australia Brazil Canada China France Germany India Italy Japan Mexico Netherlands Spain United Kingdom

Amazon Drive
Unlimited Cloud Storage
From Amazon

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Free Digital Educational
Resources

Amazon Video Direct
Video Distribution
Made Easy

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Woot!
Discounts and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2016, Amazon.com, Inc. or its affiliates

Try Prime All

Departments Browsing History Keith's Amazon.com Today's Deals Hello, Keith Your Account Try Prime Lists 0 Cart

# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

Submit additional allegations

## Submitted Allegation of Infringement

- B016NWASHS: Findbest Enhanced Version VR Virtual Reality Headset 3D Video Movie Game Glasses For 4.7~6 inch IOS Android Smartphones iPhone 6 plus Samsung Galaxy S6 Edge+, Adjustable Focal Distance Pupil Distance
- B016WM7T5I: VR Box 2nd Generation Enhanced Version Virtual Augmented Reality Cardboard 3D Video Glasses Headset Compatible with 4.7-6 Inch Android, [iPhone 6, iPhone 6s Plus, Samsung Galaxy Note 5, S6 Edge etc.]
- B01D4PPKXE: iKnowtech 3D Virtual Reality VR Glasses Headset Box Helmet for iPhone 4S 5 5C 5S 6 6S Plus Samsung Galaxy S7/6/5/4/3/2/edge & all Other phones
- B01CY0D0N2: Shengsite VR BOX 3D VR Virtual Reality 3D Video Glasses Helmet Headset Adjust Cardboard For 4.7 to 6 Inch Smartphones iPhone 6 plus 6 5s 5 Samsung Galaxy IOS Android Cellphones with white remote
- B01IT8UMW0: 3D VR Virtual Reality Headset 3D Glasses VR BOX for iPhone6/SamsungGalaxy/ ios Android smartphone
- B01EE4TUBM: ddLUCK VR BOX 3D Headset Glasses VR Virtual Reality 3D Video Glasses For 4.7 to 6 Inch Smartphones
- B00CK8LDAG: VR Box BTQ007 Virtual Reality 3D Eyewear
- B0190KKJVA: Tizzy-BAC VR Box 2nd Gen Virtual Augmented Reality Cardboard 3D Video Glasses
- B01AHTFT72: SEASTAR VR Box 2nd Generation Enhanced Version Virtual Augmented Reality Cardboard 3D Video Glasses Headset Compatible With a bluetooth controller 4.7-6 Inch Android
- B019NBVI7K: VRBOX Virtual Reality Headset 3D Video Movie Game Glasses +Remote Controller For 4.7"-6" IOS Android Smartphones iPhone 6/6plus Samsung Galaxy S6/Edge
- B01I126X3G: INIEIWO Google Cardboard 2nd Gen VR BOX Virtual Reality 3D Glasses Bluetooth Control For 3.5"- 6" Android & IOS Smart Phones
- B01EI0XRHU: VR Box ,3D Virtual Reality VR Headset VR Glasses. VR Box 2 for 4.5~6 Inch Smartphones
- B00LP6VEHQ: VR BOX II 2.0 Version VR Virtual Reality 3D Glasses For 3.5 - 6.0 inch Smartphone+Bluetooth Controller 1.0
- B01EE4TV7K: ddLUCK VR BOX V2 with Remote Controller 3D Headset Glasses VR Virtual Reality 3D Video Glasses
- B01E3XPUNQ: VR Virtual Reality 3D Glasses Headset Box for Apple iphone 6 6s plus samsung Galaxy S6/S7/NOTE4/NOTE5/LG G4/Nexus 6/6P
- B01HEUVG38: Deruicent 3D VR Glasses BOX (VR BOX- white+ Remote Controller -black)
- B01D14ZUIS: BONAOK New Version 3D VR Virtual Reality Glasses Headset for 4.5-6.0 inch screen smartphone (VR-BOX 3RD)
- B019NBVJII: VRBOX 2nd Virtual Reality Headset 3D Video Movie Game Glasses +Remote Controller For 3.5"-6" IOS Android Smartphones iPhone 6/6plus 5/5S Samsung Galaxy S6/Edge
- B018VNL0XI: SainSonic VR Box V2 3D Video Movie Game Virtual Reality Headset Glasses Googles + Bluetooth Remote Control for Android iOS Cell Phone 4.7"-6.0"
- B00CK6DUQS: VR Box VRBOX1AA Virtual Reality 3D Eyewear
- B019ML42FG: Linkcool VR01 3D VR Virtual Reality Headset 3D Glasses for 4.7"-6.0" Smart Phone
- B014PIK7NC: TEQIN VR-BOX 3D Head Mount Display Virtual Reality Video Glasses + Bluetooth Remote Controller 2in1 Kit for Smartphone Better than Google Cardboard
- B01DU7KAN6: K&L Electronic New Version VR Box 2.0 Virtual Reality Glasses 3D Glasses with Bluetooth Remote Controller Control For 4.7~6 Inch Screen Be Used on All Android&IOS&Windows Telephone
- B01CCB9PMS: Andance VR-016 VR BOX Version 3D VR Virtual Reality Glasses Rift 3D Movies & 3D Games for 4.7" - 6.0" Smart Phone for iOS Android System Better than Google Cardboard Adjustable Strap
- B01F98AMM8: VR BOX,Anbear 3D Virtual Reality VR Headset Latest Upgrade Glasses Virtual Reality Mobile Phone 3D Movies for iPhone and Other 4.7"-6.0" Cellphones on UEFA EURO 2016
- B01C5GIETK: Qiufeng® 3D VR Glasses Phone VR Box VR Headset Virtual Reality Glasses 3D Movies for

iPhone 6s/6 plus/6/5s/5c/5 Samsung Galaxy s5/s6/note4/note5 and Other 3.5-6.0" Smartphones

- B01E370M4Y: Boytond Google cardboard VR BOX II 2.0 Version Upgraded Version VR Virtual Reality 3D Glasses For 4.75 - 6.0 inch Smartphone+ Bluetooth Game Remote Controller
- B00CK7VERE: VR Box VR-007 Virtual Reality 3D Eyewear

## Contact Details

**Primary Contact Details** (Used by Amazon)

Keith Fraser
The Fraser Firm, P.C.
420 North Camden Drive
Beverly Hills California 90210
United States
213-864-1395
keith@fraserfirm.com

**Secondary Contact Details** (Used by Third Party Sellers)

Keith Fraser
keith@fraserfirm.com

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Australia Brazil Canada China France Germany India Italy Japan Mexico Netherlands Spain United Kingdom

Amazon Drive Unlimited Cloud Storage From Amazon
6pm Score deals on fashion brands
AbeBooks Rare Books & Textbooks
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Amazon Business Everything For Your Business
AmazonFresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Handpicked Pros Happiness Guarantee
Amazon Inspire Free Digital Educational Resources
Amazon Video Direct Video Distribution Made Easy
Amazon Web Services Scalable Cloud Computing Services
Audible Download Audio Books
BeautyBar.com Prestige Beauty Delivered
Book Depository Books With Free Delivery Worldwide
Casa.com Kitchen, Storage & Everything Home
ComiXology Thousands of Digital Comics
CreateSpace Indie Print Publishing Made Easy
Diapers.com Everything But The Baby
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
Junglee.com Shop Online in India
Kindle Direct Publishing Indie Digital Publishing Made Easy
Prime Now FREE 2-Hour Delivery on Everyday Items
Shopbop Designer Fashion Brands
Soap.com Health, Beauty & Home Essentials
TenMarks.com Math Activities for Kids & Schools
Wag.com Everything For Your Pet
Warehouse Deals Open-Box Discounts
Whispercast Discover & Distribute Digital Content
Woot! Deals and Shenanigans
Yoyo.com A Happy Place To Shop For Toys
Zappos Shoes & Clothing

Try Prime All

Departments Browsing History Keith's Amazon.com Today's Deals Hello, Keith Your Account Try Prime Lists 0 Cart

# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

Submit additional allegations

## Submitted Allegation of Infringement

- B01EE4TV7K: ddLUCK VR BOX V2 with Remote Controller 3D Headset Glasses VR Virtual Reality 3D Video Glasses
- B01E370M4Y: Boytond Google cardboard VR BOX II 2.0 Version Upgraded Version VR Virtual Reality 3D Glasses For 4.75 - 6.0 inch Smartphone+ Bluetooth Game Remote Controller
- B00CK7VERE: VR Box VR-007 Virtual Reality 3D Eyewear
- B016NWASHS: Findbest Enhanced Version VR Virtual Reality Headset 3D Video Movie Game Glasses For 4.7~6 inch IOS Android Smartphones iPhone 6 plus Samsung Galaxy S6 Edge+, Adjustable Focal Distance Pupil Distance
- B01CCB9PMS: Andance VR-016 VR BOX Version 3D VR Virtual Reality Glasses Rift 3D Movies & 3D Games for 4.7" - 6.0" Smart Phone for iOS Android System Better than Google Cardboard Adjustable Strap
- B01CY0D0N2: Shengsite VR BOX 3D VR Virtual Reality 3D Video Glasses Helmet Headset Adjust Cardboard For 4.7 to 6 Inch Smartphones iPhone 6 plus 6 5s 5 Samsung Galaxy IOS Android Cellphones with white remote
- B01HEUVG38: Deruicent 3D VR Glasses BOX (VR BOX- white+ Remote Controller -black)
- B01DU7KAN6: K&L Electronic New Version VR Box 2.0 Virtual Reality Glasses 3D Glasses with Bluetooth Remote Controller Control For 4.7~6 Inch Screen Be Used on All Android&IOS&Windows Telephone
- B01EE4TUBM: ddLUCK VR BOX 3D Headset Glasses VR Virtual Reality 3D Video Glasses For 4.7 to 6 Inch Smartphones
- B019NBVJII: VRBOX 2nd Virtual Reality Headset 3D Video Movie Game Glasses +Remote Controller For 3.5"-6" IOS Android Smartphones iPhone 6/6plus 5/5S Samsung Galaxy S6/Edge
- B01E3XPUNQ: VR Virtual Reality 3D Glasses Headset Box for Apple iphone 6 6s plus samsung Galaxy S6/S7/NOTE4/NOTE5/LG G4/Nexus 6/6P
- B01EI0XRHU: VR Box ,3D Virtual Reality VR Headset VR Glasses. VR Box 2 for 4.5~6 Inch Smartphones
- B01D14ZUIS: BONAOK New Version 3D VR Virtual Reality Glasses Headset for 4.5-6.0 inch screen smartphone (VR-BOX 3RD)
- B018VNL0XI: SainSonic VR Box V2 3D Video Movie Game Virtual Reality Headset Glasses Googles + Bluetooth Remote Control for Android iOS Cell Phone 4.7"-6.0"
- B014PIK7NC: TEQIN VR-BOX 3D Head Mount Display Virtual Reality Video Glasses + Bluetooth Remote Controller 2in1 Kit for Smartphone Better than Google Cardboard
- B01IT8UMW0: 3D VR Virtual Reality Headset 3D Glasses VR BOX for iPhone6/SamsungGalaxy/ ios Android smartphone
- B01C5GIETK: Qiufeng® 3D VR Glasses Phone VR Box VR Headset Virtual Reality Glasses 3D Movies for iPhone 6s/6 plus/6/5s/5c/5 Samsung Galaxy s5/s6/note4/note5 and Other 3.5-6.0" Smartphones
- B01F98AMM8: VR BOX,Anbear 3D Virtual Reality VR Headset Latest Upgrade Glasses Virtual Reality Mobile Phone 3D Movies for iPhone and Other 4.7"-6.0" Cellphones on UEFA EURO 2016
- B00LP6VEHQ: VR BOX II 2.0 Version VR Virtual Reality 3D Glasses For 3.5 - 6.0 inch Smartphone+Bluetooth Controller 1.0
- B019ML42FG: Linkcool VR01 3D VR Virtual Reality Headset 3D Glasses for 4.7"-6.0" Smart Phone
- B01AHTFT72: SEASTAR VR Box 2nd Generation Enhanced Version Virtual Augmented Reality Cardboard 3D Video Glasses Headset Compatible With a bluetooth controller 4.7-6 Inch Android
- B019NBVI7K: VRBOX Virtual Reality Headset 3D Video Movie Game Glasses +Remote Controller For 4.7"-6" IOS Android Smartphones iPhone 6/6plus Samsung Galaxy S6/Edge
- B0190KKJVA: Tizzy-BAC VR Box 2nd Gen Virtual Augmented Reality Cardboard 3D Video Glasses
- B016WM7T5I: VR Box 2nd Generation Enhanced Version Virtual Augmented Reality Cardboard 3D Video Glasses Headset Compatible with 4.7-6 Inch Android, [iPhone 6, iPhone 6s Plus, Samsung Galaxy Note 5, S6 Edge etc.]
- B00CK6DUQS: VR Box VRBOX1AA Virtual Reality 3D Eyewear
- B00CK8LDAG: VR Box BTQ007 Virtual Reality 3D Eyewear
- B01I126X3G: INIEIWO Google Cardboard 2nd Gen VR BOX Virtual Reality 3D Glasses Bluetooth Control For 3.5"- 6" Android & IOS Smart Phones

- B01D4PPKXE: iKnowtech 3D Virtual Reality VR Glasses Headset Box Helmet for iPhone 4S 5 5C 5S 6 6S Plus Samsung Galaxy S7/6/5/4/3/2/edge & all Other phones

## Contact Details

**Primary Contact Details** (Used by Amazon)
Keith Fraser
The Fraser Firm, P.C..
420 North Camden Drive
Beverly Hills California 90210
United States
213-864-1395
keith@fraserfirm.com

**Secondary Contact Details** (Used by Third Party Sellers)
Keith Fraser
keith@fraserfirm.com

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Australia Brazil Canada China France Germany India Italy Japan Mexico Netherlands Spain United Kingdom

**Amazon Drive** Unlimited Cloud Storage From Amazon
**6pm** Score deals on fashion brands
**AbeBooks** Rare Books & Textbooks
**ACX** Audiobook Publishing Made Easy
**Alexa** Actionable Analytics for the Web
**Amazon Business** Everything For Your Business
**AmazonFresh** Groceries & More Right To Your Door
**AmazonGlobal** Ship Orders Internationally
**Home Services** Handpicked Pros Happiness Guarantee
**Amazon Inspire** Free Digital Educational Resources
**Amazon Video Direct** Video Distribution Made Easy
**Amazon Web Services** Scalable Cloud Computing Services
**Audible** Download Audio Books
**BeautyBar.com** Prestige Beauty Delivered
**Book Depository** Books With Free Delivery Worldwide
**Casa.com** Kitchen, Storage & Everything Home
**ComiXology** Thousands of Digital Comics
**CreateSpace** Indie Print Publishing Made Easy
**Diapers.com** Everything But The Baby
**DPReview** Digital Photography
**East Dane** Designer Men's Fashion
**Fabric** Sewing, Quilting & Knitting
**Goodreads** Book reviews & recommendations
**IMDb** Movies, TV & Celebrities
**Junglee.com** Shop Online in India
**Kindle Direct Publishing** Indie Digital Publishing Made Easy
**Prime Now** FREE 2-Hour Delivery on Everyday Items
**Shopbop** Designer Fashion Brands
**Soap.com** Health, Beauty & Home Essentials
**TenMarks.com** Math Activities for Kids & Schools
**Wag.com** Everything For Your Pet
**Warehouse Deals** Open-Box Discounts
**Whispercast** Discover & Distribute Digital Content
**Woot!** Deals and Shenanigans
**Yoyo.com** A Happy Place To Shop For Toys
**Zappos** Shoes & Clothing

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2016, Amazon.com, Inc. or its affiliates