Try Prime All

Departments Browsing History Keith's Amazon.com Today's Deals Hello, Keith Your Account Try Prime Lists 0 Cart

# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

Submit additional allegations

## Submitted Allegation of Infringement

- B01EN17XII: GZDL VR BOX 2nd Virtual Reality Headset 3D Video Movie Game Glasses +Remote Controller For 3.5"-6" IOS Android Smartphones iPhone 6/6plus 5/5S Samsung Galaxy S6/Edge
- B01JHP92VQ: OEM VR 3d glasses 3D VR box 2.0 with remote
- B01GKMEF3Y: OCT17 VR BOX 2.0 2nd Gen Virtual Reality 3D Glasses Goggle Headset with Adjustable Focal Eye Pupil Distance Resin Lens For 4.7 to 6 inch Smartphones IOS Android Iphone 6 plus Samsung Galaxy S6 Edge+
- B01DKN3XL6: VR BOX 2.0 Virtual Reality Glasses,AVOTCH 3D VR Virtual Reality Headset 3D Glasses Adjust Cardboard VR BOX For 3.5~6.0" Smartphones iPhone 6/6 plus Samsung Galaxy IOS Android Cellphones
- B01EAHXYNI: HonWally VR BOX 2.0 Virtual Reality Glasses, 2016 3D VR Headsets with Remote Control for 4.7~6 Inch Screen Phones
- B0190KKJVA: Tizzy-BAC VR Box 2nd Gen Virtual Augmented Reality Cardboard 3D Video Glasses
- B01CZU2K5K: VR Box 2.0 3D Glasses Googles Without Bluetooth Remote Control for Android iOS Cell Phone 4.7"-6.0"
- B0116WRHAQ: Gloriest VR BOX Version 3D VR Virtual Reality Glasses Rift 3D Movies and 3d Games for 4.7" - 6.0" Smart Phone,Samsung Galaxy S3 S4, Note 3 Note 4,LG,Better than Google Cardboard, Adjustable Strap & Add Free NFC Tag
- B00CK7VERE: VR Box VR-007 Virtual Reality 3D Eyewear
- B01CG91M04: SHareconn 3D VR Virtual Reality Glasses Box Headset with Head-mounted Headband for 3.5-6.0 Inch Iphone Samsung Note Lg Nexus HTC Moto Google Black Berry Mobile Smartphones Black
- B01CCWE5RM: SinoPro 3D VR Virtual Reality Headset 3D Video Movie Game Glasses Enhanced Version VR BOX with Remove Controller for 3.5-6.0 inch Smartphone iPhone 6/6 Plus Samsung Galaxy iOS Android Smartphone
- B018VNL0XI: SainSonic VR Box V2 3D Video Movie Game Virtual Reality Headset Glasses Googles + Bluetooth Remote Control for Android iOS Cell Phone 4.7"-6.0"
- B01CY0D0N2: Shengsite VR BOX 3D VR Virtual Reality 3D Video Glasses Helmet Headset Adjust Cardboard For 4.7 to 6 Inch Smartphones iPhone 6 plus 6 5s 5 Samsung Galaxy IOS Android Cellphones with white remote

## Contact Details

**Primary Contact Details** (Used by Amazon)
Keith Fraser
The Fraser Firm, P.C.
420 North Camden Street
Beverly Hills, California 90210
United States
213-864-1395
keith@fraserfirm.com

**Secondary Contact Details** (Used by Third Party Sellers)
Keith Fraser
keith@fraserfirm.com

Back to top

**Get to Know Us**

Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

---

Australia Brazil Canada China France Germany India Italy Japan Mexico Netherlands Spain United Kingdom

Amazon Drive
Unlimited Cloud Storage
From Amazon

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Free Digital Educational
Resources

Amazon Video Direct
Video Distribution
Made Easy

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Woot!
Deals and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2016, Amazon.com, Inc. or its affiliates

Try Prime All

Departments Browsing History Keith's Amazon.com Today's Deals Hello, Keith Your Account Try Prime Lists 0 Cart

# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

Submit additional allegations

## Submitted Allegation of Infringement

- B019NBVHO4: VR-Box Virtual Reality Headset 3D Video Movie Game Glasses for 4.7"-6" IOS Android Smartphones iPhone 6/6 Plus Samsung Galaxy S6/Edge
- B01DVKVNOW: SYNAGY 3D VR Box Virtual Reality Headset, Video Movie Game 3D Glasses Helmet for iPhone, Samsung and other Smart Phones with Screen 4.7"-6.0"
- B01EN17XII: GZDL VR BOX 2nd Virtual Reality Headset 3D Video Movie Game Glasses +Remote Controller For 3.5"-6" IOS Android Smartphones iPhone 6/6plus 5/5S Samsung Galaxy S6/Edge
- B019N27XUA: Google Cardboard Kit, iTrendz [Virtual Reality] VR Box 2.0 Google Cardboard 3D VR Virtual Reality Headset Video Movie Game Glasses For iPhone, Samsung, and More [Bluetooth Remote Controller], Black
- B01GKMEF3Y: OCT17 VR BOX 2.0 2nd Gen Virtual Reality 3D Glasses Goggle Headset with Adjustable Focal Eye Pupil Distance Resin Lens For 4.7 to 6 inch Smartphones IOS Android Iphone 6 plus Samsung Galaxy S6 Edge+
- B01DKN3XL6: VR BOX 2.0 Virtual Reality Glasses,AVOTCH 3D VR Virtual Reality Headset 3D Glasses Adjust Cardboard VR BOX For 3.5~6.0" Smartphones iPhone 6/6 plus Samsung Galaxy IOS Android Cellphones
- B00CK8LDAG: VR Box BTQ007 Virtual Reality 3D Eyewear
- B00CK7VERE: VR Box VR-007 Virtual Reality 3D Eyewear
- B0190KKJVA: Tizzy-BAC VR Box 2nd Gen Virtual Augmented Reality Cardboard 3D Video Glasses
- B01EH058MS: Elecrow 3D VR New Version Virtual Reality Glasses for 4~6.0" iPhone 6/6s plus Smartphones Samsung Galaxy, LG, HTC, for IOS WIN Android Cellphones
- B01JZM0DBO: YBB 3D Glasses Virtual Reality Headset VR Box for 3.5"-6.0" Screen Android, IOS and Window Smartphone
- B0116WRHAQ: Gloriest VR BOX Version 3D VR Virtual Reality Glasses Rift 3D Movies and 3d Games for 4.7" - 6.0" Smart Phone,Samsung Galaxy S3 S4, Note 3 Note 4,LG,Better than Google Cardboard, Adjustable Strap & Add Free NFC Tag
- B01G514MVA: MeMeDa II 3D VR Box Latest Upgrade Blu-ray Eye Protection Headset Glasses Virtual Reality Mobile Phone 3D Movies for iPhone 6s/6 plus Samsung Galaxy s5/s6/note4/note5 and Other 4.7"-6.0" Cellphones
- B01DUKMTFA: Hugoo 3D Virtual Reality Headset Universal 3D Glasses Adjust Cardboard VR BOX For 4.0~6.0" Smart phone iPhone 6/6S Plus Samsung Galaxy
- B01CCWE5RM: SinoPro 3D VR Virtual Reality Headset 3D Video Movie Game Glasses Enhanced Version VR BOX with Remove Controller for 3.5-6.0 inch Smartphone iPhone 6/6 Plus Samsung Galaxy iOS Android Smartphone
- B01CUT8M1W: Monilon 3D Virtual Reality Glasses VR BOX 3D Glasses For iPhone Samsung HTC 3.5 ~ 6 Inch IOS Android Smartphones for 3D Movies Games
- B01J5JWRB6: VR Box 2.0 with remote control (gamepad) for iOS and Android smartphones, iPhone and Samsung Apps, 360 video, VR Games, 3D Movies, VR Glasses, VR Headset, VR Gear
- B01CE75WRM: VR Box, Yokkao® VR BOX II 2.0 + Bluetooth Game Remote Controller Virtual Reality 3D Glasses Cardboard Movie Game for 3~6" Smartphones iPhone 6s/ iPhone 6/ Samsung/ Huawei/ Xiaomi
- B01G620TG0: MintCell VR Box 2.0 Virtual Reality Headset Glasses Cardboard for Smartphones with Bluetooth Gamepad Controller + Microfiber Cleaning Cloth & Batteries
- B01HUUBY7A: Fomatrade 3D VR Virtual Reality Headset 3D Glasses VR BOX for iPhone6/SamsungGalaxy/ ios Android smartphone(white)
- B01C3X9ENK: Shengsite Vr Box 3D Glasses VR Virtual Reality 3D Video Glasses Helmet Headset Adjust Cardboard For 4.7 to 6 Inch Smartphones iPhone 6 plus 6 5s 5 Samsung Galaxy IOS Android Cellphones
- B01BLW66UI: 3D VR BOX Headset 3D Glasses for Smartphones Android Iphone with 3D Movies and Games,Google,iPhone,Samsung Note,LG,HTC

## Contact Details

**Primary Contact Details** (Used by Amazon)

Keith Fraser
The Fraser Firm, P.C.
420 North Camden Drive
Beverly Hilss California 90210
United States
213-864-1395
keith@fraserfirm.com

**Secondary Contact Details** (Used by Third Party Sellers)

Keith Fraser
keith@fraserfirm.com

Back to top

### Get to Know Us

- Careers
- About Amazon
- Investor Relations
- Amazon Devices

### Make Money with Us

- Sell on Amazon
- Sell Your Services on Amazon
- Sell on Amazon Business
- Sell Your Apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Vendor
- › See all

### Amazon Payment Products

- Amazon.com Rewards Visa Card
- Amazon.com Store Card
- Amazon.com Corporate Credit Line
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

### Let Us Help You

- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

---

Australia Brazil Canada China France Germany India Italy Japan Mexico Netherlands Spain United Kingdom

Amazon Drive
Unlimited Cloud Storage
From Amazon

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Free Digital Educational
Resources

Amazon Video Direct
Video Distribution
Made Easy

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Woot!
Deals and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2016, Amazon.com, Inc. or its affiliates

Try Prime All

Departments Browsing History Keith's Amazon.com Today's Deals Hello, Keith Your Account Try Prime Lists 0 Cart

# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

Submit additional allegations

## Submitted Allegation of Infringement

- B019NBVHO4: VR-Box Virtual Reality Headset 3D Video Movie Game Glasses for 4.7"-6" IOS Android Smartphones iPhone 6/6 Plus Samsung Galaxy S6/Edge
- B00CK6DUQS: VR Box VRBOX1AA Virtual Reality 3D Eyewear
- B00CK6KLXS: VR Box VRBOX1b Virtual Reality 3D Eyewear
- B01HLK89Y0: Virtual Reality Box, The future is here
- B01J7UJ554: Univizo 3D VR Box Virtual Reality Headset VR glasses 3D Video Glasses for 4.0~6.0" IOS Android Smartphones/Iphone 7/iphone 7 plus/iPhone 6/iPhone6 plus/Samsung Galaxy Cellphones
- B01JIPSO6O: Home Brite Cardboard 2nd VR BOX Virtual Reality 3D Glasses Bluetooth Remote Control
- B01E8O73Q2: Daisen-tech 2016 New 3D VR Virtual Reality Headset 3D Glasses VR BOX for iPhone6/SamsungGalaxy/ ios Android smartphone(white+Black)
- B01HUUBY7A: Fomatrade 3D VR Virtual Reality Headset 3D Glasses VR BOX for iPhone6/SamsungGalaxy/ ios Android smartphone(white)
- B01CY0D0N2: Shengsite VR BOX 3D VR Virtual Reality 3D Video Glasses Helmet Headset Adjust Cardboard For 4.7 to 6 Inch Smartphones iPhone 6 plus 6 5s 5 Samsung Galaxy IOS Android Cellphones with white remote
- B01IPBR5NU: Eashion(TM) 3D Virtual Reality Headset with Adjustable Lens and Strap, Suitable for Google, iPhone, Samsung, LG, Huawei, HTC, Moto Smartphones(Black)
- B019MLJ7WE: Linkcool VR-013 VR Virtual Reality Headset 3D Video Movie Game Glasses for 4.7-6" Smartphones
- B01CZU2K5K: VR Box 2.0 3D Glasses Googles Without Bluetooth Remote Control for Android iOS Cell Phone 4.7"-6.0"
- B015VVHQAY: MagicVision VR BOX Virtual Reality Headset 3D Video Movie Game Glasses For 4.7-6 inch Smartphones iPhone 6S 6 plus Samsung Galaxy S6 Edge+, adjustable Focal Distance Pupil Distance
- B0188GU6UG: Annbully Cardboard 3D VR Headset BOX Version VR Virtual Reality Glasses for 3D Movies and Games + Smart Bluetooth Wireless Mouse / Remote Control Gamepad
- B01C5DB7S8: 3D VR Headset With Controller, Uniwit® Virtual Reality Box / Case Movie Game Glasses For 4.7 ~ 6 inch IOS Android Smartphone iPhone Samsung And So On With Game Contoller
- B01GA9WNMM: Guleek 3D VR Box 2 Headset Glasses Virtual Reality Mobile Phone 3D Movies for iPhone 6s/6 plus Samsung Galaxy and Other 4.7"-6.0" Cellphones (VR Box 2)
- B018VNL0XI: SainSonic VR Box V2 3D Video Movie Game Virtual Reality Headset Glasses Googles + Bluetooth Remote Control for Android iOS Cell Phone 4.7"-6.0"
- B01K7SP3SI: VR BOX 2nd Virtual Reality Headset 3D Video Movie Game Glasses for 3.5"-6" IOS Android Smartphones iPhone 6/6 plus 5/5S Samsung Galaxy S6/ Edge
- B01H1G92MW: Deruicent Google Cardboard Virtual Reality 3D Glasses VR Box + Bluetooth Game Controller Gamepad Joypad for samsung/HTC/Smart Phones Android & Apple iPhone 6
- B01DNB27EY: Glantop VR BOX 2.0 Ajustable 3D Virtual Reality Glasses for 4.7~6" IOS iPhone Android Smartphones
- B01EI0XRHU: VR Box ,3D Virtual Reality VR Headset VR Glasses. VR Box 2 for 4.5~6 Inch Smartphones
- B01DGNCWO4: VR BOX 2 II Smartphone Headset 3D Virtual Reality Glasses Helmet with Controller
- B01B5E4FFK: SUBA 3D VR Box Virtual Reality Glasses Cardboard Movie Game for Samsung & iOS Plus Controller, Black/White
- B01DNNEPYW: Crony 3D VR Box Virtual Reality Glasses with Bluetooth Gamepad Controller for Smart Mobile Phone VR Box 2
- B01GML6ZKO: ACTCUT 3D VR Virtual Reality Headset Glasses VR BOX II ( 2016 NEW ) for 3.5"-6" iPhone / Samsung Galaxy / ios Android Smartphones(white)
- B0139YNBY0: NW VR Box Version VR Vitual Reality Glasses Rift + Bluetooth Control Gamepad for 4.7" - 6.0" Smart Phone
- B01HXJGBQC: BalanceWorld VRbox virtual reality VR glasses BOX2 VR generation mobile 3D glasses for Smartphone,Samsung,iPhone, etc.
- B01CCB9PMS: Andance VR-016 VR BOX Version 3D VR Virtual Reality Glasses Rift 3D Movies & 3D

Games for 4.7" - 6.0" Smart Phone for iOS Android System Better than Google Cardboard Adjustable Strap

- B01EJHI1U0: [2nd Generation]Fantasy Life VR BOX 2.0 Virtual Reality Headset, 2016 3D VR Glasses for 4.7"-6.0" Iphone Samsung Cellphones
- B01G1QKVY6: VR Headset With Controller, Vcall Virtual Reality Box 3D Glasses Eye-Protective for 3.5-6 inch Smartphone IOS iPhone 6 6s plus SE , Android Samsung Galaxy S5 S6 S7 Edge Note 4 5
- B01ER9139Q: VR Headset Virtual Reality Headset 3D VR BOX VR Box 2nd Generation VR Goggles
- B01ER910TY: BonClare VR 3D Virtual Reality Headset 3D Glasses Adjust Cardboard VR BOX for For 3.5~6.0" Smart Phones iPhone 6/6 plus Samsung Galaxy IOS Android Phones
- B01CEBW1LS: Pentop VR Box 2nd Generation Enhanced Version Virtual Augmented Reality Cardboard 3D Video Glasses Headset Compatible with 4.7-6 Inch Smartphone
- B01FU1TG8A: 3D VR Glasses,IPRO 3D Virtual Reality Headset Google Cardboard VR Box 2.0 Version DVD Movies VR Video Games Helmet for 3.5-6.0 Inch Smartphone IOS iphone&Android+Bluetooth Remote Controller
- B019SY4Z04: VR 3D Glasses Box Virtual Reality Glasses Google Cardboard Headset + Bluetooth Remote Controller for Iphone and Android Samsung 4"- 6" Smartphone
- B01IVI2SUM: Eshion TK107 2.4G 4CH Headless Mode RC Quadcopter Drone + 3D VR Box 2nd Virtual Reality Glasses Cardboard with WIFI
- B01AHJTDJ2: SEASTAR VR-017 3D VR Virtual Reality Headset 3D Glasses Adjust Cardboard VR Box for 3.5-6.0" Smartphones iPhone 6/6 plus Samsung Galaxy iOS Android Cellphones Plus Controller, Black/White
- B016NWASHS: Findbest Enhanced Version VR Virtual Reality Headset 3D Video Movie Game Glasses For 4.7~6 inch IOS Android Smartphones iPhone 6 plus Samsung Galaxy S6 Edge+, Adjustable Focal Distance Pupil Distance
- B01CG91M04: SHareconn 3D VR Virtual Reality Glasses Box Headset with Head-mounted Headband for 3.5-6.0 Inch Iphone Samsung Note Lg Nexus HTC Moto Google Black Berry Mobile Smartphones Black
- B018QHZY72: Fire LA VR Head Mount Virtual Reality Headset 3D Glasses
- B01E70ECYS: Dingoo VR BOX 2.0 Virtual Reality Glasses 3D Video Game Glasses for Smart Phones
- B01GH5O2P0: 3D VR Glasses 3D Virtual Reality Headset Mobile Phone 3D Movies For 3.5 - 6.0 inch Smart Phone+Remote Controller
- B01DDIU85C: VR BOX II 3D Virtual Reality Headset & Remote Controller, CEStore® Video Movies Games Glasses Headset Adjustable Cardboard for Google, Samsung, LG, Huawei, HTC, Moto 4.7-6.0 inches Smartphones
- B017H5MQQG: Morjava? VR BOX-1st 3D VR Glass Head Mount Virtual Reality 3d Video Glasses for 4~6'' Smartphones Iphone 6 Plus Samsung Galaxy S6 Edge Note 5 Moto G 3d Movies Google Cardboard (GLASS+Controller
- B01EWMENO0: Esamconn 3D VR BOX 2.0 Virtual Reality Glasses, 3D VR Headsets with Bluetooth Remote Controller for 4.7~6 Inch Screen Phones iphone 4S, iphone 5s Samsung LG Sony HTC, Nexus 6 etc.
- B01F3KO9KS: YESER 3D VR Box Virtual Reality Glasses 3D Video Movie Game Headset for 4.7~6 inches iPhone 5S 4S iPod Touch 6 Samsung Galaxy S3 S4 S5 S6 Note 4 5
- B01CJNO894: YPS VR Box 2nd Generation Enhanced Version Virtual Augmented Reality Cardboard 3D Video Glasses Headset Compatible with 4.7-6 Inch Android VR003
- B01EN73MDM: 3D VR Glasses Virtual Reality Headset 3D VR Box Glasses with Adjustable Strap for 3.5-6" IOS Android Smartphone 3D Movies and Games for Mother's Day
- B018AOTW88: Tera New Version VR Box 3D Video Movie Game Virtual Reality Headset Glasses with Bluetooth Remote Control for Android iOS Cell Phone 4.7"-6.0"
- B01HTJLLHU: IWAWA 3D VR Glasses Virtual Reality Headset Black Glasses Cardboard
- B01CI08JCA: FEIYANG 3d VR Glasses box 2.0 Version VR Virtual Reality Glasses 3D for 3.5" - 6.0" Smart Phone 3d Movies and Games With Controller For IOS Android Mobile Phone
- B01F2X4UL4: VR Headset,VR BOX Virtual Reality Glasses For 3.5~6.0" Smartphones iPhone 6/6 plus Samsung Galaxy IOS Android Cellphones With Remote Controller
- B01C044H1G: FLFLK 3D VR Virtual Reality Headset 3D Video Movie Game Glasses For 3.5~6.0" Smartphones iPhone 6/6 plus Samsung Galaxy IOS Android Cellphones + Controller (Black+White)
- B01JQGV4WQ: VR Box Virtual Reality 3D Glasses Cardboard Movie Game for Samsung iPhone IOS ~ITEM #GH8 3H-J3/G8355619

## Contact Details

**Primary Contact Details** (Used by Amazon)

Keith Fraser
The Fraser Firm, P.C.
420 North Camden Drive
Beverly Hills California 90210
United States
213-864-1395
keith@fraserfirm.com

**Secondary Contact Details** (Used by Third Party Sellers)

Keith Fraser
keith@fraserfirm.com

Back to top

**Get to Know Us**

Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

---

Australia Brazil Canada China France Germany India Italy Japan Mexico Netherlands Spain United Kingdom

Amazon Drive Unlimited Cloud Storage From Amazon
6pm Score deals on fashion brands
AbeBooks Rare Books & Textbooks
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Amazon Business Everything For Your Business
AmazonFresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Handpicked Pros Happiness Guarantee
Amazon Inspire Free Digital Educational Resources
Amazon Video Direct Video Distribution Made Easy
Amazon Web Services Scalable Cloud Computing Services
Audible Download Audio Books
BeautyBar.com Prestige Beauty Delivered
Book Depository Books With Free Delivery Worldwide
Casa.com Kitchen, Storage & Everything Home
ComiXology Thousands of Digital Comics
CreateSpace Indie Print Publishing Made Easy
Diapers.com Everything But The Baby
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
Junglee.com Shop Online in India
Kindle Direct Publishing Indie Digital Publishing Made Easy
Prime Now FREE 2-Hour Delivery on Everyday Items
Shopbop Designer Fashion Brands
Soap.com Health, Beauty & Home Essentials
TenMarks.com Math Activities for Kids & Schools
Wag.com Everything For Your Pet
Warehouse Deals Open-Box Discounts
Whispercast Discover & Distribute Digital Content
Woot! Deals and Shenanigans
Yoyo.com A Happy Place To Shop For Toys
Zappos Shoes & Clothing

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2016, Amazon.com, Inc. or its affiliates