# Exhibit D

The Fraser Firm

420 North Camden Drive
Beverly Hills, California 90210
(213) 864-1395
www.fraserfirm.com

December 16, 2016

**Via Email and Certified Mail**

Copyright Agent
Amazon.com
Attention: Legal Department
P.O. Box 81226
Seattle, WA 98108

copyright@amazon.com

*Re: "VR BOX" Trademark Registration No. 5,021,219*

Dear Copyright Agent:

We write on behalf of Wow Virtual Reality, Inc. ("Wow VR"). Wow VR distributes and sells virtual reality goggles and other related merchandise under the "VR BOX" brand. Amaze Pictures exercises great care to protect its brand and its intellectual property rights. In that regard, Wow VR Box is the registered assignee of U.S. Trademark Registration No. 5,021, 219 for the standard character mark "VR BOX" in International Class 9 for "virtual reality headsets and helmets adapted for use in watching pre-recorded video tapes featuring movies, animation and computer generated images" and International Class 28 for "Virtual reality headsets and helmets adapted for use in playing video games in the nature of software applications." (A true and correct copy of the Registration Certificate and Assignment document is attached herewith). The registration is valid and subsisting. In addition, as a matter of law, the registration constitutes evidence of our client's exclusive right to use the registered mark in connection with the goods identified in the registration and places you on constructive notice of those rights. 15 U.S.C. §§ 1057(b), 1072.

Further, to provide further assurance that its customers are getting high quality products with excellent customer service, Wow VR sells its VR BOX branded products to consumers through its own retail stores, a network of Authorized Retailers and distributors, and online through its website. In sum, the "VR BOX" trademark is a highly valuable asset of our client.

Over the past several months and on several prior occasions, we have contacted you on behalf of Amaze Pictures, Inc. ("Amaze Pictures"), the original owner and assignor to WOW VR of the VR BOX mark. We provided notification to you regarding numerous instances of specific third party sellers listing and selling virtual reality headsets under the VR BOX name on Amazon.com ("Amazon") in contravention of Amaze Pictures' and Wow VR's trademark rights.

While Amazon did remove some infringing sellers in response to Amaze Pictures' notice, it refused to remove all of them. And there appears to be no rational reason behind Amazon's decision to agree to remove some infringing listings identified by Amaze Pictures but to refuse to remove others identified by Amaze Pictures.

For example, on or about September 22, 2016, we identified sixty-three (63) sellers that were selling virtual reality headsets under the "VR Box" logo and we represented to you that Amaze Pictures had not authorized such sellers and that, therefore, such sales by these sellers were inconsistent with Amaze Pictures' intellectual property rights in "VR BOX." In response, you refused to remove the listings, citing, among other things, that the issue was one between the Amaze Pictures and its manufacturer. We then advised you, on October 3, 2016, that, notwithstanding any possible issue between Amaze Pictures and its manufacture, the uncontroverted fact that the unauthorized sellers identified by us were selling counterfeit headsets on Amazon.com could not possibly be anything else but a copyright infringement. In response to this further notice, you agreed to remove six (6) out of the sixty-three (63) sellers.

Our investigation has revealed that you have failed to respond appropriately to our notification and specific identification of infringing sellers. Furthermore, we have discovered that your decision to remove or not remove infringing listings from your website may be related to your established relationship with a particular infringing seller. Specifically, it appears that if the complained of listing is from a "Fulfillment by Amazon" customer of yours, then you refuse to remove the infringing listing.

We feel that Amazon's conduct in refusing or otherwise failing to respond fully and properly to Amaze Pictures' specific copyright infringement complaints constitutes direct and/or contributory copyright infringement of the "VR BOX" trademark. As such, Wow VR has incurred damages as a result of such infringement. Accordingly, we hereby demand that you remove all unauthorized listings of "VR Box" branded virtual reality headsets within fourteen (14) days (*i.e.,* on or before December 31, 2016). In addition, we request that you provide to us an accounting of all sales of "VR BOX" branded virtual reality headsets by third party sellers through your website.

Failure to remove the offending listings and to provide the accounting will result in Wow VR bringing any and legal action available to Wow VR and against Amazon through which we will seek judgment against Amazon for copyright infringement, damages, including statutory damages, and injunctive relief. Please contact the undersigned if you wish to resolve this dispute without resort to legal action.

Sincerely,

Keith Fraser

KDF:
Encl.