# Exhibit E

The Fraser Firm

420 North Camden Drive
Beverly Hills, California 90210
(213) 864-1395
www.fraserfirm.com

January 13, 2017

**Via Email**

Copyright Agent
Amazon.com
Attention: Legal Department
P.O. Box 81226
Seattle, WA 98108

copyright@amazon.com

*Re: "VR BOX" Trademark Registration No. 5,021,219*

Dear Copyright Agent:

This follows up our letter to you dated December 19, 2016 and your subsequent removal of a number of infringing sellers. While we appreciate the steps that Amazon took in removing these sellers, they do not sufficiently address our demand set forth in our letter.

Specifically, we have provided additional information regarding the identity of numerous other infringing sellers that you have not removed and for which you provided no reasonable grounds for not removing. Moreover, Amazon continued to list infringing sellers despite our notification to you that any such listings are in violation of the VR BOX trademark. You have also not provided us with an accounting of the sales of VR BOX branded virtual reality headsets by the infringing sellers through Amazon.

We are still amenable to settling this dispute without resort to legal action. However, if we do not hear from you within the next seven days, *i.e.*, on or before January 20, to discuss resolution of this matter, we will proceed with any and all available legal action without further notice.

Sincerely,

Keith Fraser

KDF: