# Exhibit F

Gmail **Keith Fraser <fraserfirm@gmail.com>**

---

## Your Amazon.com Inquiry
2 messages

---

**copyright@amazon.com** <copyright@amazon.com> Tue, Jan 17, 2017 at 5:51 PM
Reply-To: copyright+A3W3L1RJQ6HQHE@amazon.com
To: fraserfirm@gmail.com

Hello,

We reviewed your report and determined that it is incomplete. We cannot take action on or complete any of your requests. Please resubmit your report with all the required information as listed below.

-- The name and email address of the person submitting the notice, plus any additional contact details.
-- The rights owner name, if the notice is submitted by an agent of the rights owner.

-- Identification of the intellectual property right asserted, by registration number, if applicable.

-- Identification of the specific content on Amazon believed to be infringing, by ASIN or URL. If your report is about specific seller listings, please provide a list of sellers. If your report is about text or images on a page describing a product, please identify those images or that text. If your report is that the entire page or product sold via that page infringes, please let us know.

-- A statement by you that you have a good-faith belief that the use of the infringing content is not authorized by the rights owner, its agent, or the law.

-- A statement by you, made under penalty of perjury, that the [above] information in your notice is accurate and that you are the rights owner or authorized to act on the rights owner's behalf.

All notices of intellectual property infringement must include:
-- The name and email address of the person submitting the notice, plus any additional contact details.
-- The rights owner name, if the notice is submitted by an agent of the rights owner.
-- Identification of the intellectual property right asserted, by registration number, if applicable.
-- Identification of the specific content on Amazon believed to be infringing, by ASIN or URL.
-- Statement that the information in the notice is accurate.
-- Statement that the submitter is authorized to act on behalf of the rights owner and has a good-faith belief that the use of the content is not authorized by the rights owner, its agent, or the law.

Complaint ID: 820929291

Sincerely,
Seller Performance Team
Amazon.com

---------------------------------------

From: fraserfirm@gmail.com
Sent: Friday, January 13, 2017 11:37 AM (PST)
Subject: VR BOX Trademark Registration No. 5,021,219

Dear Copyright Agent:

Please see the attached correspondence.

Sincerely,
Keith.

---

**Keith Fraser** <fraserfirm@gmail.com> Tue, Jan 31, 2017 at 11:21 AM
To: copyright+A3W3L1RJQ6HQHE@amazon.com

Dear Amazon:

Please see the attached correspondence. If you need additional information, please let me know.

Sincerely,
Keith
[Quoted text hidden]

**LettertoAmazon01:31:17pdf.pdf**
24097K