# Exhibit G

The Fraser Firm

420 North Camden Drive
Beverly Hills, California 90210
(213) 864-1395
www.fraserfirm.com

January 31, 2017

**Via Email**

Copyright Agent
Amazon.com
Attention: Legal Department
P.O. Box 81226
Seattle, WA 98108

copyright@amazon.com

*Re: "VR BOX" Trademark Registration No. 5,021,219*

Dear Copyright Agent:

This responds to your email dated January 17 requesting additional information regarding the above referenced trademark.

We represent WOW Virtual Reality Inc., ("WOW VR"), the registered assignee of U.S. Trademark Registration No. 5,021,219 for the standard character mark "VR BOX" in International Class 9 for "virtual reality headsets and helmets adapted for use in watching pre-recorded video tapes featuring movies, animation and computer generated images" and International Class 28 for "Virtual reality headsets and helmets adapted for use in playing video games in the nature of software applications."

Our contact information is as follows: Keith Fraser, The Fraser Firm, P.C., 420 North Camden Drive, Beverly Hills, CA, 90210; (213) 864-1395; keith@fraserfirm.com.

Attached hereto are a list of sellers that are selling or offering for sale virtual reality headsets on Amazon using the VR BOX mark without authorization from WOW VR and in violation of WOW VR's trademark rights.

I state under penalty of perjury that I am authorized to act on WOW VR's behalf and I believe this information is accurate and I have a good faith belief that the sellers identified on the attached list are not authorized to use the VR BOX mark by WOW VR.

As set forth in previous correspondence, we have asked that you remove all infringing sellers. As set forth in the attached document, many sellers have not yet been removed. Moreover, we have asked that you provide us with sales information with regard to all infringing sellers so that we may ascertain the extent of the damages that WOW VR has incurred due to this infringement.

I trust this information is sufficient. If you need additional information, please contact me. Please provide this requested information within 7 days, *i.e.*, on or before February 7, 2017.

Sincerely,

Keith Fraser

KDF:
Attachment.

| | Seller | Link | ASIN |
|---|---|---|---|
| 1 | World Trade Services | https://www.amazon.com/Generation-built-bluetooth-remote-control/dp/B01N6EE2N4/ref=sr_1_6?ie=UTF8&qid=1485310233&sr=8-6&keywords=vr+box | B01N6EE2N4 |
| 2 | YaniraSeller | https://www.amazon.com/gp/product/B01N9U1B00/ref=ox_sc_mini_detail?ie=UTF8&psc=1&smid=A1ZSAQ9UXFMY2P | B01N9U1B00 |
| 3 | norwich2015 | https://www.amazon.com/Virtual-Reality-Glasses-Bluetooth-Smartphone/dp/B01MCURY93/ref=sr_1_3?ie=UTF8&qid=1484962553&sr=8-3&keywords=vr+box | B01MCURY93 |
| 4 | norwich2015 | https://www.amazon.com/Virtual-Reality-Glasses-Bluetooth-Smartphone/dp/B01M25Q2D8/ref=sr_1_4?ie=UTF8&qid=1484962553&sr=8-4&keywords=vr+box | B01M25Q2D8 |
| 5 | GEARONIC INC. | https://www.amazon.com/OCT17-Virtual-Adjustable-Distance-Smartphones/dp/B01GKMEF3Y/ref=sr_1_17?ie=UTF8&qid=1484963396&sr=8-17&keywords=vr+box | B01GKMEF3Y |
| 6 | ddLUCK Store | https://www.amazon.com/ddLUCK-Portable-Wireless-Bluetooth-Controller/dp/B01ETL0OII/ref=sr_1_12?ie=UTF8&qid=1484963396&sr=8-12&keywords=vr+box | B01ETL0OII |
| 7 | MagicooDirect | https://www.amazon.com/Magicoo-Glasses-Support-Headphone-Immersive/dp/B01HIE86J2/ref=sr_1_14?ie=UTF8&qid=1484963396&sr=8-14&keywords=vr+box | B01HIE86J2 |
| 8 | Sunvalleytec | https://www.amazon.com/HooToo-Headset-Magnetic-Trigger-Lightweight/dp/B01LWU8IWH/ref=sr_1_17?s=wireless&ie=UTF8&qid=1484963819&sr=1-17&keywords=vr+box | B01LWU8IWH |
| 9 | Costcool Superstore | https://www.amazon.com/88204A-Virtual-Reality-Glasses-Headset/dp/B01GZTBXZ0/ref=sr_1_18?s=wireless&ie=UTF8&qid=1484963819&sr=1-18&keywords=vr+box | B01GZTBXZ0 |
| 10 | Woozik NY | https://www.amazon.com/Version-Virtual-Reality-Headset-Goggles/dp/B01EN78TNA/ref=sr_1_19?s=wireless&ie=UTF8&qid=1484963819&sr=1-19&keywords=vr+box | B01EN78TNA |
| 11 | LiKee | https://www.amazon.com/Headset-Glasses-Generation-Bluetooth-Controller/dp/B01FTJTS6I/ref=sr_1_23?s=wireless&ie=UTF8&qid=1484963819&sr=1-23&keywords=vr+box | B01FTJTS6I |
| 12 | Amazon.com | https://www.amazon.com/Glasses-Virtual-Reality-Headsets-smartphone/dp/B01EWYM5QQ/ref=lp_14354342011_1_1?srs=14354342011&ie=UTF8&qid=1484964334&sr=8-1#Ask | B01EWYM5QQ |
| 13 | Insten Fulfillment | https://www.amazon.com/Adjustable-Glasses-Virtual-Cardboard-Smartphones/dp/B01EJN4ZB8/ref=sr_1_25?s=wireless&ie=UTF8&qid=1484963819&sr=1-25&keywords=vr+box | B01EJN4ZB8 |
| 14 | TH E-Business US Co., Ltd. | https://www.amazon.com/Glantop-Ajustable-Virtual-Reality-Smartphones/dp/B01DNB27EY/ref=sr_1_26?s=wireless&ie=UTF8&qid=1484964621&sr=1-26&keywords=vr+box | B01DNB27EY |
| 15 | Canbor | https://www.amazon.com/Headset-Goggles-Controller-Canbor-Smartphones/dp/B01KZ1392Y/ref=sr_1_28?s=wireless&ie=UTF8&qid=1484964738&sr=1-28&keywords=vr+box | B01KZ1392Y |
| 16 | KINGA US | https://www.amazon.com/KINGA-Limited-Adjustable-Smartphone-IOS-White/dp/B01J7OJLI6/ref=sr_1_29?s=wireless&ie=UTF8&qid=1484964738&sr=1-29&keywords=vr+box | B01J7OJLI6 |
| 17 | MAGIC TECH | https://www.amazon.com/VR-2S-Cardboard-4-0-6-5inch-Smartphones/dp/B01HCKCC4C/ref=sr_1_31?s=wireless&ie=UTF8&qid=1484964738&sr=1-31&keywords=vr+box | B01HCKCC4C |
| 18 | Sunvalleytec | https://www.amazon.com/TaoTronics-Headset-Magnetic-Trigger-Lightweight/dp/B01LWC6DWF/ref=sr_1_32?s=wireless&ie=UTF8&qid=1484964738&sr=1-32&keywords=vr+box | B01LWC6DWF |
| 19 | golden1787 | https://www.amazon.com/ATETION-Virtual-Smartphones-Cellphones-Bluetooth-control/dp/B01ILW5DCS/ref=sr_1_34?s=wireless&ie=UTF8&qid=1484964738&sr=1-34&keywords=vr+box | B01ILW5DCS |
| 20 | Cicnmall | https://www.amazon.com/Controller-Headset-Adjustable-Android-Smartphone/dp/B01D4HSXPY/ref=sr_1_36?s=wireless&ie=UTF8&qid=1484964738&sr=1-36&keywords=vr+box | B01D4HSXPY |
| 21 | HouseWare Company | https://www.amazon.com/OVO-VR-Glasses-Controller-Cellphones/dp/B01HJ99H80/ref=sr_1_42?s=wireless&ie=UTF8&qid=1484964738&sr=1-42&keywords=vr+box | B01HJ99H80 |
| 22 | Churuntek | https://www.amazon.com/Xiaozhai-Headphone-Smartphones-Adjustable-Distance/dp/B01EBR8YKU/ref=sr_1_44?s=wireless&ie=UTF8&qid=1484964738&sr=1-44&keywords=vr+box | B01EBR8YKU |
| 23 | globalarvr | https://www.amazon.com/Globalvr-VERSION-Virtual-Controller-Smartphones/dp/B01M66W42W/ref=sr_1_46?s=wireless&ie=UTF8&qid=1484964738&sr=1-46&keywords=vr+box | B01M66W42W |
| 24 | White Monkey Merch | https://www.amazon.com/OEM-VR-glasses-2-0-remote/dp/B01JHP92VQ/ref=sr_1_47?s=wireless&ie=UTF8&qid=1484964738&sr=1-47&keywords=vr+box | B01JHP92VQ |
| 25 | VONRO | https://www.amazon.com/Glasses-Virtual-Reality-Headset-Suitable/dp/B01E57B354/ref=sr_1_52?s=wireless&ie=UTF8&qid=1484965425&sr=1-52&keywords=vr+box | B01E57B354 |
| 26 | DingLin | https://www.amazon.com/GZDL-Virtual-Reality-Headset-Smartphones/dp/B01EN4BSEK/ref=sr_1_53?s=wireless&ie=UTF8&qid=1484965425&sr=1-53&keywords=vr+box | B01EN4BSEK |
| 27 | FAR CLOUD | https://www.amazon.com/Glasses-Almost-4%7E6-Smartphones-Bluetooth/dp/B01EJ7IFCY/ref=sr_1_56?s=wireless&ie=UTF8&qid=1484965894&sr=1-56&keywords=vr+box | B01EJ7IFCY |

| | | | |
|---|---|---|---|
| 28 | Lightmate | https://www.amazon.com/Cardboard-Virtual-Reality-Glasses-Accessories/dp/B01GQ0IRBQ/ref=sr_1_59?s=wireless&ie=UTF8&qid=1484965894&sr=1-59&keywords=vr+box | B01GQ0IRBQ |
| 29 | GAZE SECURITY | https://www.amazon.com/VRMagBox-Gyrometer-Sensor-Lightweight-Goggles-Truly-Compatible/dp/B01MSYYN0L/ref=sr_1_60?s=wireless&ie=UTF8&qid=1484965894&sr=1-60&keywords=vr+box | B01MSYYN0L |
| 30 | DISCOUNT DEALS LLC | https://www.amazon.com/Virtual-Cardboard-Smartphones-Cellphones-BLUETOOTH/dp/B01E6GE9N2/ref=sr_1_62?s=wireless&ie=UTF8&qid=1484965894&sr=1-62&keywords=vr+box | B01E6GE9N2 |
| 31 | Greatever | https://www.amazon.com/Greatever-Bluetooth4-0-Adjustable-Distance-Smartphone/dp/B01IBCP8WI/ref=sr_1_64?s=wireless&ie=UTF8&qid=1484965894&sr=1-64&keywords=vr+box | B01IBCP8WI |
| 32 | YORKING | https://www.amazon.com/YORKINGTM-Bluetooth-Controller-Smartphones-Compatible/dp/B01ELDVFVY/ref=sr_1_49?s=wireless&ie=UTF8&qid=1484966534&sr=1-49&keywords=vr+box | B01ELDVFVY |
| 33 | IHUAQI TECH | https://www.amazon.com/IHUAQI-Pre-assembled-Compatible-Smartphone-instructions/dp/B01M0WT9TM/ref=sr_1_67?s=wireless&ie=UTF8&qid=1484966614&sr=1-67&keywords=vr+box | B01M0WT9TM |
| 34 | ikingstar | https://www.amazon.com/Kingstar-Immersive-Cardboard-Compatible-Smartphones/dp/B0182EPV36/ref=sr_1_68?s=wireless&ie=UTF8&qid=1484966534&sr=1-68&keywords=vr+box | B0182EPV36 |
| 35 | onlylady-ym | https://www.amazon.com/Controller-Wireless-Bluetooth-Gamepad-Cardboard/dp/B01E8UMGDQ/ref=sr_1_69?s=wireless&ie=UTF8&qid=1484966534&sr=1-69&keywords=vr+box | B01E8UMGDQ |
| 36 | superteddy88 | https://www.amazon.com/Virtual-Reality-Headset-Glasses-Adjustable/dp/B01IK0XPSU/ref=sr_1_72?s=wireless&ie=UTF8&qid=1484966852&sr=1-72&keywords=vr+box | B01IK0XPSU |
| 37 | CLEVER BEAR | https://www.amazon.com/CLEVER-BEAR-Wireless-Bluetooth-Controller/dp/B01G9YH9LS/ref=sr_1_75?s=wireless&ie=UTF8&qid=1484966961&sr=1-75&keywords=vr+box | B01G9YH9LS |
| 38 | Akally | https://www.amazon.com/Glasses-YSSHUI-Headset-Bluetooth-Cellphones/dp/B01EDCX1HY/ref=sr_1_74?s=wireless&ie=UTF8&qid=1484967017&sr=1-74&keywords=vr+box | B01EDCX1HY |
| 39 | IPRO & FACTORY | https://www.amazon.com/Glasses-Virtual-Cardboard-Head-mounted-Smartphone/dp/B01GCKIRWY/ref=sr_1_76?s=wireless&ie=UTF8&qid=1484967017&sr=1-76&keywords=vr+box | B01GCKIRWY |
| 40 | BT Waker | https://www.amazon.com/Waker-Headset-Upgraded-Virtual-Smartphones/dp/B01EHGRSN4/ref=sr_1_77?s=wireless&ie=UTF8&qid=1484967017&sr=1-77&keywords=vr+box | B01EHGRSN4 |
| 41 | Pparty | https://www.amazon.com/Pparty-Glasses-Cardboard-Virtual-Smartphones/dp/B01DNPCWG8/ref=sr_1_83?s=wireless&ie=UTF8&qid=1484967017&sr=1-83&keywords=vr+box | B01DNPCWG8 |
| 42 | Daisen Tech | https://www.amazon.com/Daisen-tech-Waterproof-Cardboard-Smartphones/dp/B01GLF6TWU/ref=sr_1_84?s=wireless&ie=UTF8&qid=1484967017&sr=1-84&keywords=vr+box | B01GLF6TWU |
| 43 | Insten Fulfillment | https://www.amazon.com/Wireless-Bluetooth-Gamepad-Controller-Cardboard/dp/B01FD4UFDO/ref=sr_1_86?s=wireless&ie=UTF8&qid=1484967790&sr=1-86&keywords=vr+box | B01FD4UFDO |
| 44 | VR Tech | https://www.amazon.com/Glasses-headset-control-Android-smartphones/dp/B01M3R1KZA/ref=sr_1_88?s=wireless&ie=UTF8&qid=1484967790&sr=1-88&keywords=vr+box | B01M3R1KZA |
| 45 | Anskp | https://www.amazon.com/Anskp-Bluetooth-Controller-Adjustable-Distance/dp/B01N0JET57/ref=sr_1_89?s=wireless&ie=UTF8&qid=1484967790&sr=1-89&keywords=vr+box | B01N0JET57 |
| 46 | AceMall | https://www.amazon.com/LarKoo-3D-VR-Glasses-Controller/dp/B01DK1NCZK/ref=sr_1_90?s=wireless&ie=UTF8&qid=1484967790&sr=1-90&keywords=vr+box | B01DK1NCZK |
| 47 | B&B EXPORTERS INDIA | https://www.amazon.com/IWON-Cardboard-Virtual-Reality-Bluetooth/dp/B01KXVO39O/ref=sr_1_91?s=wireless&ie=UTF8&qid=1484967790&sr=1-91&keywords=vr+box | B01KXVO39O |
| 48 | YHY Market | https://www.amazon.com/VR-SHINECON-Headset-Goggles-Smartphones/dp/B01LN32R5S/ref=sr_1_97?s=wireless&ie=UTF8&qid=1484968174&sr=1-97&keywords=vr+box | B01LN32R5S |
| 49 | AnPow | https://www.amazon.com/Fritesla-Virtual-Reality-Smartphone-S6-White/dp/B01I17C4NY/ref=sr_1_98?s=wireless&ie=UTF8&qid=1484968239&sr=1-98&keywords=vr+box | B01I17C4NY |
| 50 | Furmoresa | https://www.amazon.com/ELEGIANT-Headset-Remote-Control-Smartphones/dp/B01N0QOQRB/ref=sr_1_101?s=wireless&ie=UTF8&qid=1484968290&sr=1-101&keywords=vr+box | B01N0QOQRB |
| 51 | O'Plaza | https://www.amazon.com/VIIVRIA-3D-VR-Headset-Controller/dp/B01G3279DO/ref=sr_1_102?s=wireless&ie=UTF8&qid=1484968350&sr=1-102&keywords=vr+box | B01G3279DO |
| 52 | Fim Shop | https://www.amazon.com/Virtual-Reality-Glasses-Samsung-Cellphone/dp/B01FLLW02I/ref=sr_1_107?s=wireless&ie=UTF8&qid=1484968350&sr=1-107&keywords=vr+box | B01FLLW02I |
| 53 | MILLION STAR | https://www.amazon.com/Glasses-Virtual-Reality-Headset-Smartphones/dp/B01HLSTAZE/ref=sr_1_109?s=wireless&ie=UTF8&qid=1484968350&sr=1-109&keywords=vr+box | B01HLSTAZE |
| 54 | SilkRoad Direct | https://www.amazon.com/LANIAKEA-Virtual-Reality-Headset-Glasses/dp/B01LMWFQLW/ref=sr_1_110?s=wireless&ie=UTF8&qid=1484968350&sr=1-110&keywords=vr+box | B01LMWFQLW |