| | | | |
|---|---|---|---|
| 55 | LiKee | https://www.amazon.com/Foldable-Headset-Glasses-Virtual-Capacitive/dp/B01N1RT701/ref=sr_1_113?s=wireless&ie=UTF8&qid=1484968350&sr=1-113&keywords=vr+box | B01N1RT701 |
| 56 | XXM US | https://www.amazon.com/DOODEEN-Virtual-Reality-Headset-Smartphones/dp/B01LVTTQTN/ref=sr_1_116?s=wireless&ie=UTF8&qid=1484968787&sr=1-116&keywords=vr+box | B01LVTTQTN |
| 57 | Toprime | https://www.amazon.com/Toprime-Glasses-Box-Original-Suitable-Smartphone/dp/B01DYFG20O/ref=sr_1_117?s=wireless&ie=UTF8&qid=1484968787&sr=1-117&keywords=vr+box | B01DYFG20O |
| 58 | Wincabii | https://www.amazon.com/FTLL-Virtual-Reality-Headset-Glasses/dp/B01NA8QK15/ref=sr_1_118?s=wireless&ie=UTF8&qid=1484968787&sr=1-118&keywords=vr+box | B01NA8QK15 |
| 59 | Shulan-global | https://www.amazon.com/Bluetooth-Controller-Wireless-Gamepad-Android/dp/B01F3I0BXY/ref=sr_1_121?s=wireless&ie=UTF8&qid=1484968989&sr=1-121&keywords=vr+box | **B01F3I0BXY** |
| 60 | Wincabii | https://www.amazon.com/FTLL-Virtual-Reality-Headset-Glasses/dp/B01NBBRR74/ref=sr_1_123?s=wireless&ie=UTF8&qid=1484969040&sr=1-123&keywords=vr+box | B01NBBRR74 |
| 61 | Costech USA | https://www.amazon.com/Virtual-Reality-Glasses-Kasonic-Cardboard/dp/B019HQ66W8/ref=sr_1_124?s=wireless&ie=UTF8&qid=1484969040&sr=1-124&keywords=vr+box | B019HQ66W8 |
| 62 | Amazon.com | https://www.amazon.com/Headset-Glasses-Android-Smartphones-Cellphoness/dp/B01FXMXYM0/ref=sr_1_125?s=wireless&ie=UTF8&qid=1484969040&sr=1-125&keywords=vr+box | B01FXMXYM0 |
| 63 | VR Tech | https://www.amazon.com/Glasses-headset-control-Android-smartphones/dp/B01NBQ98UN/ref=sr_1_140?s=wireless&ie=UTF8&qid=1484969304&sr=1-140&keywords=vr+box | B01NBQ98UN |
| 64 | WerleoDirect | https://www.amazon.com/Werleo-Bluetooth-Controller-Cardboard-Smartphone/dp/B01M303KH8/ref=sr_1_144?s=wireless&ie=UTF8&qid=1484969304&sr=1-144&keywords=vr+box | B01M303KH8 |
| 65 | juneflowerrado | https://www.amazon.com/Rado-Version-Virtual-Reality-Glasses/dp/B01DNBIZB8/ref=sr_1_145?s=wireless&ie=UTF8&qid=1484969455&sr=1-145&keywords=vr+box | B01DNBIZB8 |
| 66 | TOLES | https://www.amazon.com/LESHINE-VR-Glasses-Generation-Smartphone/dp/B01FLVVN12/ref=sr_1_148?s=wireless&ie=UTF8&qid=1484969509&sr=1-148&keywords=vr+box | B01FLVVN12 |
| 67 | Yukeemi | https://www.amazon.com/Yukeemi-Glasses-Virtual-Reality-Headset/dp/B01EJ28R0Y/ref=sr_1_153?s=wireless&ie=UTF8&qid=1484969576&sr=1-153&keywords=vr+box | B01EJ28R0Y |
| 68 | Sunvalleytec | https://www.amazon.com/HooToo-Headset-Glasses-Virtual-Reality/dp/B01EWJK2AW/ref=sr_1_158?s=wireless&ie=UTF8&qid=1484970217&sr=1-158&keywords=vr+box | B01EWJK2AW |
| 69 | Vostrostone US | https://www.amazon.com/headset-KuGi-smartphone-Adjustable-Distance-Black-White/dp/B01DXDVUG8/ref=sr_1_159?s=wireless&ie=UTF8&qid=1484970217&sr=1-159&keywords=vr+box | B01DXDVUG8 |
| 70 | Tagital Direct | https://www.amazon.com/Tagital-Virtual-Reality-Headset-Cardboard/dp/B01E1WSUNG/ref=sr_1_161?s=wireless&ie=UTF8&qid=1484970217&sr=1-161&keywords=vr+box | B01E1WSUNG |
| 71 | DISCOUNT DEALS LLC | https://www.amazon.com/Shengsite-Controller-Portable-Wireless-Bluetooth/dp/B01C3YIAWU/ref=sr_1_163?s=wireless&ie=UTF8&qid=1484970217&sr=1-163&keywords=vr+box | B01C3YIAWU |
| 72 | Goods-cool | https://www.amazon.com/KOBWA-Lightweight-Protective-Compatible-SamsungHUWEI/dp/B01N0EN0WB/ref=sr_1_165?s=wireless&ie=UTF8&qid=1484970217&sr=1-165&keywords=vr+box | B01N0EN0WB |
| 73 | HugeRetail | https://www.amazon.com/CUDEVS-Headset-Goggles-Controller-Smartphones/dp/B01LZB53UR/ref=sr_1_168?s=wireless&ie=UTF8&qid=1484970217&sr=1-168&keywords=vr+box | B01LZB53UR |
| 74 | caidishi store | https://www.amazon.com/Headphone-Bluetooth-Controller-SmartPhones-Caidishi/dp/B01N2HU2UN/ref=sr_1_169?s=wireless&ie=UTF8&qid=1484970642&sr=1-169&keywords=vr+box | B01N2HU2UN |
| 75 | AccmorDirect | https://www.amazon.com/Accmor-Controller-Wireless-Bluetooth-Compatible/dp/B01MXQCMS8/ref=sr_1_170?s=wireless&ie=UTF8&qid=1484970701&sr=1-170&keywords=vr+box | B01MXQCMS8 |
| 76 | Mimgo Store | https://www.amazon.com/Mimgo-Store-Wireless-Bluetooth-Gamepad/dp/B01IMWD91Y/ref=sr_1_171?s=wireless&ie=UTF8&qid=1484970701&sr=1-171&keywords=vr+box | B01IMWD91Y |
| 77 | BEST88 | https://www.amazon.com/VR-mezstar-Reality-Headset-Adjustable/dp/B01DP9CKEQ/ref=sr_1_176?s=wireless&ie=UTF8&qid=1484970701&sr=1-176&keywords=vr+box | B01DP9CKEQ |
| 78 | Amazon.com | https://www.amazon.com/IMDEN-VR-BOX-Bluetooth-Virtual-Smartphones/dp/B01ICXPAME/ref=sr_1_183?s=wireless&ie=UTF8&qid=1484970990&sr=1-183&keywords=vr+box | B01ICXPAME |
| 79 | HugeRetail | https://www.amazon.com/CUDEVS-Bluetooth-Controller-Smartphones-Compatible/dp/B01N4AISJL/ref=sr_1_184?s=wireless&ie=UTF8&qid=1484970701&sr=1-184&keywords=vr+box | B01N4AISJL |
| 80 | BAILE | https://www.amazon.com/Baile-Virtual-VR-SHINECON-smartphone/dp/B01K6GU94O/ref=sr_1_190?s=wireless&ie=UTF8&qid=1484970701&sr=1-190&keywords=vr+box | B01K6GU94O |
| 81 | tommy blair | https://www.amazon.com/virtual-reality-glasses-headset-controller/dp/B01MSKNK4H/ref=sr_1_192?s=wireless&ie=UTF8&qid=1484970701&sr=1-192&keywords=vr+box | B01MSKNK4H |

| | | | |
|---|---|---|---|
| 82 | Henscoqi | https://www.amazon.com/Henscoqi-Virtual-Reality-Headset-Smartphone/dp/B01GFUMETS/ref=sr_1_204?s=wireless&ie=UTF8&qid=1484971336&sr=1-204&keywords=vr+box | B01GFUMETS |
| 83 | Global Tech USA | https://www.amazon.com/First-rate-Immersive-High-Def-Virtual-Smartphones/dp/B01EMMJT8U/ref=sr_1_208?s=wireless&ie=UTF8&qid=1484971428&sr=1-208&keywords=vr+box | B01EMMJT8U |
| 84 | LENDOO (HK) | https://www.amazon.com/LENDOO-Glasses-Cardboard-Smartphones-SHINECON/dp/B01D88T254/ref=sr_1_209?s=wireless&ie=UTF8&qid=1484971428&sr=1-209&keywords=vr+box | B01D88T254 |
| 85 | Wincabii | https://www.amazon.com/FTLL-Virtual-Reality-Headset-Glasses/dp/B01N7M6J22/ref=sr_1_213?s=wireless&ie=UTF8&qid=1484971555&sr=1-213&keywords=vr+box | B01N7M6J22 |
| 86 | DoTop LLC | https://www.amazon.com/Virtual-Reality-Headset-Controller-Smartphones/dp/B01L1TO5R2/ref=sr_1_214?s=wireless&ie=UTF8&qid=1484971555&sr=1-214&keywords=vr+box | B01L1TO5R2 |
| 87 | Coregale | https://www.amazon.com/Coregale-Virtual-Reality-Headset-Glasses/dp/B01H5EEBLW/ref=sr_1_221?s=wireless&ie=UTF8&qid=1484971662&sr=1-221&keywords=vr+box | B01H5EEBLW |
| 88 | Smallcar | https://www.amazon.com/YAHEY-Virtual-Cardboard-3-5-6-0in-Smartphones/dp/B01FFN9XYA/ref=sr_1_224?s=wireless&ie=UTF8&qid=1484971738&sr=1-224&keywords=vr+box | B01FFN9XYA |
| 89 | RayLine US | https://www.amazon.com/RayLineDo-Portable-Glasses-Head-mounted-Controller/dp/B01DQHYG12/ref=sr_1_230?s=wireless&ie=UTF8&qid=1484971719&sr=1-230&keywords=vr+box | B01DQHYG12 |
| 90 | ManTech | https://www.amazon.com/ManTech-Bluetooth-Controller-Smartphones-applications/dp/B01A74JARW/ref=sr_1_235?s=wireless&ie=UTF8&qid=1484971719&sr=1-235&keywords=vr+box | B01A74JARW |
| 91 | fasteshop | https://www.amazon.com/Premium-Virtual-Distance-Adjustable-Smartphones/dp/B01DDENB46/ref=sr_1_240?s=wireless&ie=UTF8&qid=1484971719&sr=1-240&keywords=vr+box | B01DDENB46 |
| 92 | CEStore Direct | https://www.amazon.com/Virtual-Reality-Headset-CEStore-Smartphone/dp/B01DBQUSQK/ref=sr_1_241?s=wireless&ie=UTF8&qid=1484972049&sr=1-241&keywords=vr+box | B01DBQUSQK |
| 93 | Uarter | https://www.amazon.com/Foldable-Glasses-Lightweight-Portable-Smartphone/dp/B01NAIN3NB/ref=sr_1_247?s=wireless&ie=UTF8&qid=1484972139&sr=1-247&keywords=vr+box | B01NAIN3NB |
| 94 | iTaoBest | https://www.amazon.com/Ultra-Slim-Virtual-Reality-Portable-Headband/dp/B01FVYPGBC/ref=sr_1_259?s=wireless&ie=UTF8&qid=1484972139&sr=1-259&keywords=vr+box | **B01FVYPGBC** |
| 95 | O'Plaza | https://www.amazon.com/VIIVRIA-Virtual-Cardboard-Smartphones-Cellphones/dp/B01CN85WE0/ref=sr_1_262?s=wireless&ie=UTF8&qid=1484972139&sr=1-262&keywords=vr+box | B01CN85WE0 |
| 96 | Shine-Ebuy | https://www.amazon.com/Glasses-Shinefuture-Cardboard-Smartphones-Cellphones/dp/B01D2XNLYS/ref=sr_1_263?s=wireless&ie=UTF8&qid=1484972139&sr=1-263&keywords=vr+box | B01D2XNLYS |
| 97 | Patozon | https://www.amazon.com/Cymas-Virtual-Reality-Adjustable-Smartphones/dp/B01HJAYNZQ/ref=sr_1_266?s=wireless&ie=UTF8&qid=1484972464&sr=1-266&keywords=vr+box | B01HJAYNZQ |
| 98 | ZMTWIN-WIN | https://www.amazon.com/Virtual-Headphone-Bluetooth-Controller-Smartphones/dp/B01NBJ4LG6/ref=sr_1_281?s=wireless&ie=UTF8&qid=1484972517&sr=1-281&keywords=vr+box | B01NBJ4LG6 |
| 99 | Angel's love | https://www.amazon.com/CRESTAR-Virtual-Reality-Glasses-Smartphones/dp/B01E3JEYF0/ref=sr_1_283?s=wireless&ie=UTF8&qid=1484972517&sr=1-283&keywords=vr+box | B01E3JEYF0 |
| 100 | SSA-DIGITAL | https://www.amazon.com/Virtual-Reality-Headset-Glasses-Smartphones/dp/B00ZNFRX70/ref=sr_1_269?s=wireless&ie=UTF8&qid=1484972517&sr=1-269&keywords=vr+box | B00ZNFRX70 |
| 101 | Xiaokoa | https://www.amazon.com/XIAOKOA-Bluetooth-Controller-Compatible-Cardboard/dp/B01FJQSZ6U/ref=sr_1_271?s=wireless&ie=UTF8&qid=1484972517&sr=1-271&keywords=vr+box | B01FJQSZ6U |
| 102 | BETTERMALL | https://www.amazon.com/Eaglerich-Cardboard-Virtual-Reality-Glasses/dp/B01F8CI6E6/ref=sr_1_275?s=wireless&ie=UTF8&qid=1484972517&sr=1-275&keywords=vr+box | B01F8CI6E6 |
| 103 | VicTsingDirect | https://www.amazon.com/VicTsing-Glasses-Virtual-Reality-Smartphones/dp/B01HCCX95Q/ref=sr_1_277?s=wireless&ie=UTF8&qid=1484972517&sr=1-277&keywords=vr+box | B01HCCX95Q |
| 104 | amyehouse | https://www.amazon.com/Virtual-Reality-Bluetooth-Compatible-Smartphone/dp/B01FHSYW7G/ref=sr_1_279?s=wireless&ie=UTF8&qid=1484972517&sr=1-279&keywords=vr+box | B01FHSYW7G |
| 105 | SMARTER | https://www.amazon.com/Controller-SHONCO-Eye-Protective-Adjustable-Smartphones/dp/B01N9KEHG4/ref=sr_1_285?s=wireless&ie=UTF8&qid=1484972517&sr=1-285&keywords=vr+box | B01N9KEHG4 |
| 106 | Iparts Outlet | https://www.amazon.com/Virtual-Reality-Headset-Bluetooth-Toughened/dp/B01DNMSE5E/ref=sr_1_3?ie=UTF8&qid=1483902018&sr=8-3&keywords=vr+box | B01DNMSE5E |
| 107 | GlobalSale | https://www.amazon.com/JHM-Virtual-Reality-Glasses-Cardboard/dp/B01HGJGW8G/ref=sr_1_4?ie=UTF8&qid=1483902018&sr=8-4&keywords=vr+box | B01HGJGW8G |
| 108 | Amazson USA | https://www.amazon.com/JuneHouse-Generation-Virtual-Reality-Headset/dp/B01JF85JVM/ref=sr_1_5?ie=UTF8&qid=1483902018&sr=8-5&keywords=vr+box | B01JF85JVM |

| | | | |
|---|---|---|---|
| 109 | B-pretty | https://www.amazon.com/LESHP-Virtual-Cardboard-Smartphones-Cellphones/dp/B01J50FOLK/ref=sr_1_10?ie=UTF8&qid=1483902018&sr=8-10&keywords=vr+box | B01J50FOLK |
| 110 | Elemaker | https://www.amazon.com/CYSPSZ-Glasses-Breathtaking-Samsung-Smartphone/dp/B01LYHA5ZX/ref=sr_1_12?ie=UTF8&qid=1483902018&sr=8-12&keywords=vr+box | B01LYHA5ZX |
| 111 | Bravo Store | https://www.amazon.com/Generation-Virtual-Reality-Headset-Glasses/dp/B01M21JM0U/ref=sr_1_14?ie=UTF8&qid=1483902018&sr=8-14&keywords=vr+box | B01M21JM0U |
| 112 | VICTORSTAR | https://www.amazon.com/VICTORSTAR-Headset-Controller-Smartphones-Cellphones/dp/B01FU9837C/ref=sr_1_16?ie=UTF8&qid=1483902018&sr=8-16&keywords=vr%2Bbox&th=1 | B01FU9837C |
| 113 | Hi-EShop | https://www.amazon.com/VR-Controller-Vcall-3D-Eye-Protective/dp/B01G1QKVY6/ref=sr_1_23?ie=UTF8&qid=1483905025&sr=8-23&keywords=vr+box | B01G1QKVY6 |
| 114 | ddLUCK Store | https://www.amazon.com/Glantop-Ajustable-Virtual-Reality-Smartphones/dp/B01DNB27EY/ref=sr_1_25?ie=UTF8&qid=1483905075&sr=8-25&keywords=vr+box | B01DNB27EY |
| 115 | EM-home | https://www.amazon.com/JHM-Virtual-Reality-Glasses-Cardboard/dp/B01HGJGW8G/ref=sr_1_1?m=A1D7BV9LVLMCYV&s=merchant-items&ie=UTF8&qid=1484264156&sr=1-1 | B01HGJGW8G |
| 116 | EM-home | https://www.amazon.com/dp/B01MS5LVSH?m=A1D7BV9LVLMCYV&ref_=v_sp_widget_detail_page | B01MS5LVSH |
| 117 | EM-home | https://www.amazon.com/dp/B01FDBZRXK?m=A1D7BV9LVLMCYV&ref_=v_sp_widget_detail_page | B01FDBZRXK |
| 118 | Horich | https://www.amazon.com/FormVan-Virtual-Reality-Smartphones-Controller/dp/B01N0T3DVS/ref=sr_1_38?ie=UTF8&qid=1483905208&sr=8-38&keywords=vr+box | B01N0T3DVS |
| 119 | YILIANFENGSHANG | https://www.amazon.com/Lionsoul-Head-mounted-Adjustable-Smartphones-Generation/dp/B01E9S06ZC/ref=sr_1_44?ie=UTF8&qid=1483905253&sr=8-44&keywords=vr+box | B01E9S06ZC |
| 120 | TopDream | https://www.amazon.com/Dreamtop-Virtual-Reality-Adjustable-Smartphones/dp/B01F6ZVDGS/ref=sr_1_53?ie=UTF8&qid=1483905389&sr=8-53&keywords=vr+box | B01F6ZVDGS |
| 121 | golden1787 | https://www.amazon.com/ATETION-Virtual-Reality-Smartphones-Cellphones-black/dp/B01ILW5DDM/ref=sr_1_86?ie=UTF8&qid=1483905425&sr=8-86&keywords=vr+box | B01ILW5DDM |
| 122 | AlefStore | https://www.amazon.com/Cardboard-Virtual-Reality-Bluetooth-Control/dp/B01FTMACGU/ref=sr_1_103?ie=UTF8&qid=1483905556&sr=8-103&keywords=vr+box | B01FTMACGU |
| 123 | trendbox | https://www.amazon.com/TrendBox-Adjustable-Portable-Animation-Smartphone/dp/B01LIQ8RU4/ref=sr_1_111?ie=UTF8&qid=1483905556&sr=8-111&keywords=vr+box | B01LIQ8RU4 |
| 124 | Dealsfriends | https://www.amazon.com/2nd-Generation-Blu-ray-Protection-Cellphones/dp/B01JRDBYV4/ref=sr_1_117?ie=UTF8&qid=1483905556&sr=8-117&keywords=vr+box | B01JRDBYV4 |
| 125 | buytosave | https://www.amazon.com/gp/product/B01JRDBYV4/ref=ox_sc_mini_detail?ie=UTF8&psc=1&smid=A1PIFSHSEMUTLY | B01JRDBYV4 |
| 126 | buytosave | https://www.amazon.com/gp/product/B01JRDBYV4/ref=ox_sc_mini_detail?ie=UTF8&psc=1&smid=A1PIFSHSEMUTLY | B01JRDBYV4 |
| 127 | SunlightmallDeals | https://www.amazon.com/Cardboard-SunlightmallDeals-Bluetooth-Compatible-Smartphones/dp/B01MS03AWH/ref=sr_1_119?ie=UTF8&qid=1483905556&sr=8-119&keywords=vr+box | B01MS03AWH |
| 128 | Promazone Inc | https://www.amazon.com/Promazone-Box-Virtual-Reality-Headset/dp/B01I4MK56E/ref=sr_1_126?ie=UTF8&qid=1483905730&sr=8-126&keywords=vr+box | B01I4MK56E |
| 129 | IBeaty | https://www.amazon.com/IBeaty-Augmented-Cardboard-Adjustable-smartphone/dp/B01F1QAPAM/ref=sr_1_197?ie=UTF8&qid=1483905789&sr=8-197&keywords=vr+box | B01F1QAPAM |
| 130 | chenwenweius | https://www.amazon.com/Virtual-Eleoption-Cardboard-Smartphones-Cellphones/dp/B01FDBZRXK/ref=sr_1_199?ie=UTF8&qid=1483905789&sr=8-199&keywords=vr+box | B01FDBZRXK |
| 131 | FAR CLOUD | https://www.amazon.com/Glasses-Almost-4%7E6-Smartphones-Bluetooth/dp/B01EJ7IFCY/ref=sr_1_225?ie=UTF8&qid=1483905852&sr=8-225&keywords=vr+box | B01EJ7IFCY |
| 132 | MOLICOX | https://www.amazon.com/MOLICOX-Virtual-Reality-Headset-Glasses-Remote/dp/B01H1TY5NK/ref=sr_1_230?ie=UTF8&qid=1483905852&sr=8-230&keywords=vr+box | B01H1TY5NK |
| 133 | FOXWILL Inc | https://www.amazon.com/FOXWILL-Virtual-Reality-Distance-Adjustable/dp/B01CNKFL4O/ref=sr_1_240?ie=UTF8&qid=1483905852&sr=8-240&keywords=vr+box | B01CNKFL4O |
| 134 | ddLUCK Store | https://www.amazon.com/Glasses-Virtual-Reality-Headset-Smartphones/dp/B01HLSTAZE/ref=sr_1_242?ie=UTF8&qid=1483905946&sr=8-242&keywords=vr+box | B01HLSTAZE |
| 135 | juneflowerrado | https://www.amazon.com/Rado-Version-Virtual-Reality-Glasses/dp/B01DNBIZB8/ref=sr_1_249?ie=UTF8&qid=1483905946&sr=8-249&keywords=vr+box | B01DNBIZB8 |