| | | | |
|---|---|---|---|
| 109 | B-pretty | https://www.amazon.com/LESHP-Virtual-Cardboard-Smartphones-Cellphones/dp/B01J50FOLK/ref=sr_1_10?ie=UTF8&qid=1483902018&sr=8-10&keywords=vr+box | B01J50FOLK |
| 110 | Elemaker | https://www.amazon.com/CYSPSZ-Glasses-Breathtaking-Samsung-Smartphone/dp/B01LYHA5ZX/ref=sr_1_12?ie=UTF8&qid=1483902018&sr=8-12&keywords=vr+box | B01LYHA5ZX |
| 111 | Bravo Store | https://www.amazon.com/Generation-Virtual-Reality-Headset-Glasses/dp/B01M21JM0U/ref=sr_1_14?ie=UTF8&qid=1483902018&sr=8-14&keywords=vr+box | B01M21JM0U |
| 112 | VICTORSTAR | https://www.amazon.com/VICTORSTAR-Headset-Controller-Smartphones-Cellphones/dp/B01FU9837C/ref=sr_1_16?ie=UTF8&qid=1483902018&sr=8-16&keywords=vr%2Bbox&th=1 | B01FU9837C |
| 113 | Hi-EShop | https://www.amazon.com/VR-Controller-Vcall-3D-Eye-Protective/dp/B01G1QKVY6/ref=sr_1_23?ie=UTF8&qid=1483905025&sr=8-23&keywords=vr+box | B01G1QKVY6 |
| 114 | ddLUCK Store | https://www.amazon.com/Glantop-Ajustable-Virtual-Reality-Smartphones/dp/B01DNB27EY/ref=sr_1_25?ie=UTF8&qid=1483905075&sr=8-25&keywords=vr+box | B01DNB27EY |
| 115 | EM-home | https://www.amazon.com/JHM-Virtual-Reality-Glasses-Cardboard/dp/B01HGJGW8G/ref=sr_1_1?m=A1D7BV9LVLMCYV&s=merchant-items&ie=UTF8&qid=1484264156&sr=1-1 | B01HGJGW8G |
| 116 | EM-home | https://www.amazon.com/dp/B01MS5LVSH?m=A1D7BV9LVLMCYV&ref_=v_sp_widget_detail_page | B01MS5LVSH |
| 117 | EM-home | https://www.amazon.com/dp/B01FDBZRXK?m=A1D7BV9LVLMCYV&ref_=v_sp_widget_detail_page | B01FDBZRXK |
| 118 | Horich | https://www.amazon.com/FormVan-Virtual-Reality-Smartphones-Controller/dp/B01N0T3DVS/ref=sr_1_38?ie=UTF8&qid=1483905208&sr=8-38&keywords=vr+box | B01N0T3DVS |
| 119 | YILIANFENGSHANG | https://www.amazon.com/Lionsoul-Head-mounted-Adjustable-Smartphones-Generation/dp/B01E9S06ZC/ref=sr_1_44?ie=UTF8&qid=1483905253&sr=8-44&keywords=vr+box | B01E9S06ZC |
| 120 | TopDream | https://www.amazon.com/Dreamtop-Virtual-Reality-Adjustable-Smartphones/dp/B01F6ZVDGS/ref=sr_1_53?ie=UTF8&qid=1483905389&sr=8-53&keywords=vr+box | B01F6ZVDGS |
| 121 | golden1787 | https://www.amazon.com/ATETION-Virtual-Reality-Smartphones-Cellphones-black/dp/B01ILW5DDM/ref=sr_1_86?ie=UTF8&qid=1483905425&sr=8-86&keywords=vr+box | B01ILW5DDM |
| 122 | AlefStore | https://www.amazon.com/Cardboard-Virtual-Reality-Bluetooth-Control/dp/B01FTMACGU/ref=sr_1_103?ie=UTF8&qid=1483905556&sr=8-103&keywords=vr+box | B01FTMACGU |
| 123 | trendbox | https://www.amazon.com/TrendBox-Adjustable-Portable-Animation-Smartphone/dp/B01LIQ8RU4/ref=sr_1_111?ie=UTF8&qid=1483905556&sr=8-111&keywords=vr+box | B01LIQ8RU4 |
| 124 | Dealsfriends | https://www.amazon.com/2nd-Generation-Blu-ray-Protection-Cellphones/dp/B01JRDBYV4/ref=sr_1_117?ie=UTF8&qid=1483905556&sr=8-117&keywords=vr+box | B01JRDBYV4 |
| 125 | buytosave | https://www.amazon.com/gp/product/B01JRDBYV4/ref=ox_sc_mini_detail?ie=UTF8&psc=1&smid=A1PIFSHSEMUTLY | B01JRDBYV4 |
| 126 | buytosave | https://www.amazon.com/gp/product/B01JRDBYV4/ref=ox_sc_mini_detail?ie=UTF8&psc=1&smid=A1PIFSHSEMUTLY | B01JRDBYV4 |
| 127 | SunlightmallDeals | https://www.amazon.com/Cardboard-SunlightmallDeals-Bluetooth-Compatible-Smartphones/dp/B01MS03AWH/ref=sr_1_119?ie=UTF8&qid=1483905556&sr=8-119&keywords=vr+box | B01MS03AWH |
| 128 | Promazone Inc | https://www.amazon.com/Promazone-Box-Virtual-Reality-Headset/dp/B01I4MK56E/ref=sr_1_126?ie=UTF8&qid=1483905730&sr=8-126&keywords=vr+box | B01I4MK56E |
| 129 | IBeaty | https://www.amazon.com/IBeaty-Augmented-Cardboard-Adjustable-smartphone/dp/B01F1QAPAM/ref=sr_1_197?ie=UTF8&qid=1483905789&sr=8-197&keywords=vr+box | B01F1QAPAM |
| 130 | chenwenweius | https://www.amazon.com/Virtual-Eleoption-Cardboard-Smartphones-Cellphones/dp/B01FDBZRXK/ref=sr_1_199?ie=UTF8&qid=1483905789&sr=8-199&keywords=vr+box | B01FDBZRXK |
| 131 | FAR CLOUD | https://www.amazon.com/Glasses-Almost-4%7E6-Smartphones-Bluetooth/dp/B01EJ7IFCY/ref=sr_1_225?ie=UTF8&qid=1483905852&sr=8-225&keywords=vr+box | B01EJ7IFCY |
| 132 | MOLICOX | https://www.amazon.com/MOLICOX-Virtual-Reality-Headset-Glasses-Remote/dp/B01H1TY5NK/ref=sr_1_230?ie=UTF8&qid=1483905852&sr=8-230&keywords=vr+box | B01H1TY5NK |
| 133 | FOXWILL Inc | https://www.amazon.com/FOXWILL-Virtual-Reality-Distance-Adjustable/dp/B01CNKFL4O/ref=sr_1_240?ie=UTF8&qid=1483905852&sr=8-240&keywords=vr+box | B01CNKFL4O |
| 134 | ddLUCK Store | https://www.amazon.com/Glasses-Virtual-Reality-Headset-Smartphones/dp/B01HLSTAZE/ref=sr_1_242?ie=UTF8&qid=1483905946&sr=8-242&keywords=vr+box | B01HLSTAZE |
| 135 | juneflowerrado | https://www.amazon.com/Rado-Version-Virtual-Reality-Glasses/dp/B01DNBIZB8/ref=sr_1_249?ie=UTF8&qid=1483905946&sr=8-249&keywords=vr+box | B01DNBIZB8 |

| | | | |
|---|---|---|---|
| 136 | TOTALCONSOLE NYC USA | https://www.amazon.com/NEXiLUX-VR-Box-Smartphones-Adjustable/dp/B01EY14952/ref=sr_1_260?ie=UTF8&qid=1483905946&sr=8-260&keywords=vr+box | B01EY14952 |
| 137 | GO TOP 1 | https://www.amazon.com/gp/product/B01KTEZY1G/ref=ox_sc_mini_detail?ie=UTF8&psc=1&smid=A1KG9CHLS58SJU | B01KTEZY1G |
| 138 | Hungcaldia | https://www.amazon.com/Glasses-Smartphones-Bluetooth-Wireless-Controller/dp/B01EACP1LQ/ref=sr_1_267?ie=UTF8&qid=1483906040&sr=8-267&keywords=vr+box | B01EACP1LQ |
| 139 | MOONWIND | https://www.amazon.com/Moonwind-Goggles-Cardboard-Protector-Smartphone/dp/B01DKF4NIQ/ref=sr_1_274?ie=UTF8&qid=1483906040&sr=8-274&keywords=vr+box | B01DKF4NIQ |
| 140 | SunbowStar | https://www.amazon.com/SunbowStar-Version-Virtual-Reality-Cardboard/dp/B01ER52OJI/ref=sr_1_281?ie=UTF8&qid=1483906040&sr=8-281&keywords=vr+box | B01ER52OJI |
| 141 | UbiGear | https://www.amazon.com/UbiGear-Generation-Virtual-Reality-Bluetooth/dp/B01LOUFXTW/ref=sr_1_2?dd=rqyh0dWBZ428FDVFigTvaA%2C%2C&ddc_refnmnt=pfod&ie=UTF8&qid=1483906165&sr=8-2&keywords=vr+box&refinements=p_97%3A11292772011 | B01LOUFXTW |
| 142 | ANRANK | https://www.amazon.com/ANRANK-VR203DAK-Virtual-Reality-Cellphones/dp/B01FFVCNXA/ref=sr_1_1?ie=UTF8&qid=1483906272&sr=8-1&keywords=vr+box+2.0 | B01FFVCNXA |
| 143 | Lucky Venus | https://www.amazon.com/Fucan-Plastic-Version-Virtual-Cardboard/dp/B01I3ZG9BW/ref=sr_1_13?ie=UTF8&qid=1483906373&sr=8-13&keywords=vr+box+2.0 | B01I3ZG9BW |
| 144 | Iparts Outlet | https://www.amazon.com/Virtual-Reality-Headset-Bluetooth-Toughened/dp/B01DNMSE5E/ref=sr_1_20?ie=UTF8&qid=1483906373&sr=8-20&keywords=vr+box+2.0 | B01DNMSE5E |
| 145 | DoradusPaul | https://www.amazon.com/gp/product/B01KAIY7G4/ref=ox_sc_mini_detail?ie=UTF8&psc=1&smid=AQJTKBAZHD66B | B01KAIY7G4 |
| 146 | Lovestore2555 | https://www.amazon.com/gp/product/B01KDVIUOS/ref=ox_sc_mini_detail?ie=UTF8&psc=1&smid=AFHQSQBKGA0FV | B01KDVIUOS |
| 147 | DoradusPaul | https://www.amazon.com/gp/product/B01KDVIUOS/ref=ox_sc_mini_detail?ie=UTF8&psc=1&smid=AFHQSQBKGA0FV | B01KDVIUOS |
| 148 | Shrxy Co.,Ltd | https://www.amazon.com/SHRXY-Cardboard-Smartphone-Headset-Virtual/dp/B01EMVPVT2/ref=sr_1_46?ie=UTF8&qid=1483906628&sr=8-46&keywords=vr+box+2.0 | B01EMVPVT2 |
| 149 | Ling Top Shop | https://www.amazon.com/Virtual-Reality-Version-Cardboard-Smartphones/dp/B01IA93R02/ref=sr_1_47?ie=UTF8&qid=1483906628&sr=8-47&keywords=vr+box+2.0 | B01IA93R02 |
| 150 | AUTO666 | https://www.amazon.com/iCanany-Version-Smartphone-Bluetooth-Controller/dp/B01D30TSRO/ref=sr_1_51?ie=UTF8&qid=1483906775&sr=8-51&keywords=vr+box+2.0 | B01D30TSRO |
| 151 | Rod N Liquidation | https://www.amazon.com/Saver-Cardboard-Virtual-Reality-Bluetooth/dp/B01KUEZZQE/ref=sr_1_70?ie=UTF8&qid=1483906775&sr=8-70&keywords=vr+box+2.0 | B01KUEZZQE |
| 152 | Bepha Mart | https://www.amazon.com/BephaMart-Cardboard-Virtual-Reality-Bluetooth/dp/B01LYY6XY6/ref=sr_1_77?ie=UTF8&qid=1483906845&sr=8-77&keywords=vr+box+2.0 | B01LYY6XY6 |
| 153 | Odysseus2015 | https://www.amazon.com/Pink-Lizard-Cardboard-Bluetooth-Smartphone/dp/B01HWJA8HQ/ref=sr_1_78?ie=UTF8&qid=1483906845&sr=8-78&keywords=vr+box+2.0 | B01HWJA8HQ |
| 154 | TONGZHU | https://www.amazon.com/Cheapest-Compatible-smartphone-Immersive-Optional/dp/B01LF0ABV6/ref=sr_1_81?ie=UTF8&qid=1483906845&sr=8-81&keywords=vr+box+2.0 | B01LF0ABV6 |
| 155 | BINGSENTEC | https://www.amazon.com/BINGSENTEC-Virtual-Reality-3-5-0%7E6-0-Smartphones/dp/B01LYGGIG1/ref=sr_1_91?ie=UTF8&qid=1483906845&sr=8-91&keywords=vr+box+2.0 | B01LYGGIG1 |
| 156 | DoTop LLC | https://www.amazon.com/Virtual-Reality-Headset-Controller-Smartphones/dp/B01L1TO5R2/ref=sr_1_98?ie=UTF8&qid=1483907025&sr=8-98&keywords=vr+box+2.0 | B01L1TO5R2 |
| 157 | hithothiha | https://www.amazon.com/Hieha-Compatible-Smartphones-Bluetooth-Controller/dp/B01LW6NGZO/ref=sr_1_107?ie=UTF8&qid=1483907025&sr=8-107&keywords=vr%2Bbox%2B2.0&th=1 | B01LW6NGZO |
| 158 | ANGED | https://www.amazon.com/Virtual-Reality-Glasses-Headset-Smartphones/dp/B01C3XGJLK/ref=sr_1_111?ie=UTF8&qid=1483907025&sr=8-111&keywords=vr+box+2.0 | B01C3XGJLK |

| | | | |
|---|---|---|---|
| 159 | VANCOUVER SUN | https://www.amazon.com/RioRand-cardboard-Version-Virtual-Reality/dp/B01CHB89LG/ref=sr_1_140?ie=UTF8&qid=1483907133&sr=8-140&keywords=vr+box+2.0 | B01CHB89LG |
| 160 | NSD Worldwide | https://www.amazon.com/Hatori-Glasses-Virtual-Reality-removable/dp/B01F6ZFK9O/ref=sr_1_181?ie=UTF8&qid=1483907201&sr=8-181&keywords=vr+box+2.0 | B01F6ZFK9O |
| 161 | Hangzhou Hang Kai Technology Co., Ltd. | https://www.amazon.com/cardboard-Version-Virtual-Reality-Glasses/dp/B01G8OAPYM/ref=sr_1_192?ie=UTF8&qid=1483907201&sr=8-192&keywords=vr+box+2.0 | B01G8OAPYM |
| 162 | kangaroobaby | https://www.amazon.com/Virtual-Reality-Headset-Glasses-Cellphones/dp/B01MY3C4YD/ref=sr_1_213?ie=UTF8&qid=1483907312&sr=8-213&keywords=vr+box+2.0 | B01MY3C4YD |
| 163 | AprilMall | https://www.amazon.com/ABLEGRID®-Virtual-Reality-Glasses-Smartphones/dp/B01F38KNLO/ref=sr_1_227?ie=UTF8&qid=1483907378&sr=8-227&keywords=vr+box+2.0 | B01F38KNLO |
| 164 | Homey Gardeny | https://www.amazon.com/JT-Bluetooth-Controller-Augmented-Cardboard/dp/B01DXOS8MQ/ref=sr_1_241?ie=UTF8&qid=1483907519&sr=8-241&keywords=vr+box+2.0 | B01DXOS8MQ |
| 165 | Rivail | https://www.amazon.com/Headsets-Bluetooth-Controller-Androids-Smartphones/dp/B01HCSZR4Q/ref=sr_1_247?ie=UTF8&qid=1483907535&sr=8-247&keywords=vr+box+2.0 | B01HCSZR4Q |
| 166 | Favor Land | https://www.amazon.com/Virtual-Reality-Glasses-Bluetooth-Controller/dp/B01KV66N5S/ref=sr_1_268?ie=UTF8&qid=1483907612&sr=8-268&keywords=vr+box+2.0 | B01KV66N5S |
| 167 | Tha Plug Electronics | https://www.amazon.com/Virtual-Reality-Headset-bluetooth-controller/dp/B01DTTREMA/ref=sr_1_279?ie=UTF8&qid=1483907612&sr=8-279&keywords=vr+box+2.0 | B01DTTREMA |
| 168 | Cindy Baby | https://www.amazon.com/cardboard-Version-Virtual-Reality-Glasses/dp/B01ETHPH7U/ref=sr_1_284?ie=UTF8&qid=1483907612&sr=8-284&keywords=vr+box+2.0 | B01ETHPH7U |
| 169 | flying bird on wind | https://www.amazon.com/Flying-Bird-Wind-Cardboard-Controller/dp/B01E6M3CX4/ref=sr_1_286?ie=UTF8&qid=1483907612&sr=8-286&keywords=vr+box+2.0 | B01E6M3CX4 |
| 170 | Favor Land | https://www.amazon.com/Virtual-Reality-Glasses-Bluetooth-Controller/dp/B01KV66MTA/ref=sr_1_291?ie=UTF8&qid=1483907723&sr=8-291&keywords=vr+box+2.0 | B01KV66MTA |
| 171 | TONGZHU | https://www.amazon.com/Cheapest-Compatible-smartphone-Immersive-Optional/dp/B01LF4CBCY/ref=sr_1_293?ie=UTF8&qid=1483907723&sr=8-293&keywords=vr+box+2.0 | B01LF4CBCY |
| 172 | FLYMAY | https://www.amazon.com/FLYMAY-Headset-Bluetooth-Controller-3-5-6-0inch/dp/B01ENOIM4O/ref=sr_1_300?ie=UTF8&qid=1483907723&sr=8-300&keywords=vr+box+2.0 | B01ENOIM4O |