# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-3311 MRW | Date | October 13, 2017 |
| Title | Wow Virtual Reality Inc. v. Amazon.com Inc. | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS) ORDER RE: DISMISSAL

    Plaintiff filed a stipulation to dismiss this case with prejudice. (Docket # 22.) This action is dismissed with prejudice.